**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, on Behalf of Itself and all Others Similarly Situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>BANK OF AMERICA, N.A., BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LIMITED, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, DEUTSCHE BANK AG, NOMURA INTERNATIONAL PLC, HIREN GUDKA, AMANDEEP SINGH MANKU, SHAILEN PAU, and BHARDEEP SINGH HEER,<br><br>*Defendants.* | No. 16 Civ. 03711 (ER) |

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that John D. Buretta of Cravath, Swaine & Moore LLP hereby enters his appearance as counsel for Defendant Nomura International plc in the above-captioned proceeding. I certify that I am admitted to practice in this Court. By filing this notice of appearance, Nomura International plc does not waive, and specifically preserves, its rights to assert any and all claims and defenses in the matter, including defenses pertaining to personal jurisdiction and venue.

Dated: New York, New York
July 6, 2016

Respectfully submitted,

/s/ John D. Buretta
John D. Buretta
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
jburetta@cravath.com