**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOSTON RETIREMENT SYSTEM, on Behalf of Itself and all Others Similarly Situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>BANK OF AMERICA, N.A., BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LIMITED, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, DEUTSCHE BANK AG, NOMURA INTERNATIONAL PLC, HIREN GUDKA, AMANDEEP SINGH MANKU, SHAILEN PAU, and BHARDEEP SINGH HEER,<br><br>*Defendants.* | No. 16 Civ. 03711 (ER) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
<u>NOMURA INTERNATIONAL PLC</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Nomura International plc, by and through its undersigned counsel, hereby states that it is a wholly owned subsidiary of Nomura Europe Holdings plc, which, in turn, is a wholly owned subsidiary of Nomura Holdings, Inc., a publicly traded company.

Dated: New York, New York
July 6, 2016

CRAVATH, SWAINE & MOORE LLP,

by: /s/ John D. Buretta
      John D. Buretta

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
jburetta@cravath.com

*Attorneys for Defendant Nomura International plc*