Ramos, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/22/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOSTON RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,

        Plaintiff,

        - against -

BANK OF AMERICA, N.A., BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LIMITED, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, DEUTSCHE BANK AG, NOMURA INTERNATIONAL PLC, HIREN GUDKA, AMANDEEP SINGH MANKU, SHAILEN PAU, and BHARDEEP SINGH HEER,

        Defendants.

Case No. 16-cv-03711 (ER)

---

CITY OF ATLANTA FIREFIGHTERS PENSION FUND, on behalf of itself and all others similarly situated,

        Plaintiff,

        - against –

BANK OF AMERICA, N.A., BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LIMITED, CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK, CREDIT SUISSE AG, DEUTSCHE BANK AG, NOMURA INTERNATIONAL PLC, HIREN GUDKA, AMANDEEP SINGH MANKU, SHAILEN PAU, and BHARDEEP SINGH HEER,

        Defendants.

Case No. 16-cv-04151 (ER)

1

LOUISIANA SHERIFFS' PENSION &
RELIEF FUND, on Behalf of Itself and all
Others Similarly Situated,

        Plaintiff,

        -against-

BANK OF AMERICA, N.A., MERRILL
LYNCH, PIERCE, FENNER & SMITH,
INCORPORATED, BANK OF AMERICA
MERRILL LYNCH INTERNATIONAL
LIMITED, CREDIT AGRICOLE
CORPORATE AND INVESTMENT BANK,
CREDIT SUISSE AG, DEUTSCHE BANK
AG, NOMURA INTERNATIONAL PLC,
HIREN GUDKA, AMANDEEP SINGH
MANKU, SHAILEN PAU, and BHARDEEP
SINGH HEER,

        Defendants.

Case No. 16-cv-04485 (ER)

---

SHEET METAL WORKERS PENSION
PLAN OF NORTHERN CALIFORNIA, and
IRON WORKERS PENSION PLAN OF
WESTERN PENNSYLVANIA, on behalf of
themselves and all others similarly situated,

        Plaintiffs,

        - against –

BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.; MERRILL
LYNCH, PIERCE, FENNER & SMITH INC.;
CRÉDIT AGRICOLE S.A.; CRÉDIT
AGRICOLE CORPORATE AND
INVESTMENT BANK; CREDIT SUISSE
AG; CREDIT SUISSE GROUP AG; CREDIT
SUISSE INTERNATIONAL; CREDIT
SUISSE SECURITIES (USA) LLC;
DEUTSCHE BANK AG; DEUTSCHE BANK
SECURITIES INC.; NOMURA HOLDINGS,
INC.; NOMURA INTERNATIONAL PLC,

Case No. 16-cv-04603 (ER)

NOMURA SECURITIES INTERNATIONAL, INC., HIREN GUDKA; AMANDEEP SINGH MANKU; SHAILEN PAU; and BHARDEEP SINGH HEER,

        Defendants.

INTER-LOCAL PENSION FUND GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, on Behalf Of Itself and all Others Similarly Situated.

        Plaintiff,

        -against-

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LIMITED; CREDIT AGRICOLE S.A.; CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; NOMURA INTERNATIONAL PLC; NOMURA HOLDINGS, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; HIREN GUDKA; BHARDEEP SINGH HEER; AMANDEEP SINGH MANKU; and SHAILEN PAU,

        Defendants.

Case No. 16-cv-05011 (ER)

CITY OF BRISTOL PENSION FUND, on behalf of itself, and, in a representative capacity, on behalf of all those similarly situated,

        Plaintiff,

Case No. 16-cv-05203 (ER)

3

-against-

BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.; MERRILL
LYNCH, PIERCE, FENNER & SMITH, INC.;
CREDIT AGRICOLE S.A.; CREDIT
AGRICOLE CORPORATE AND
INVESTMENT BANK; CREDIT AGRICOLE
SECURITIES (USA) INC.; CREDIT SUISSE
SECURITIES (USA) LLC; CREDIT SUISSE
GROUP AG; CREDIT SUISSE
INTERNATIONAL; DEUTSCHE BANK
SECURITIES INC.; DEUTSCHE BANK AG;
NOMURA HOLDINGS, INC.; NOMURA
INTERNATIONAL PLC; NOMURA
SECURITIES INTERNATIONAL, INC.;
HIREN GUDKA; AMANDEEP SINGH
MANKU; SHAILEN PAU; BHARDEEP
SINGH HEER; JOHN DOE DEFENDANTS
NOS. 1-100,

     Defendants.

---

ASBESTOS WORKERS PHILADELPHIA
WELFARE AND PENSION FUND, on behalf
of itself and all others similarly situated,

     Plaintiffs,

-against-

BANK OF AMERICA, N.A; MERRILL
LYNCH, PIERCE, FENNER & SMITH INC.;
BANK OF AMERICA MERRILL LYNCH
INTERNATIONAL LTD.; CRÉDIT
AGRICOLE CORPORATE AND
INVESTMENT BANK; CREDIT SUISSE
AG; CREDIT SUISSE GROUP AG; CREDIT
SUISSE INTERNATIONAL; CREDIT
SUISSE SECURITIES (USA) LLC;
DEUTSCHE BANK AG; DEUTSCHE BANK
SECURITIES INC.; NOMURA
INTERNATIONAL PLC, NOMURA
SECURITIES INTERNATIONAL, INC.,
HIREN GUDKA; AMANDEEP SINGH

Case No. 16-cv-05269 (ER)

MANKU; SHAILEN PAU; and BHARDEEP
SINGH HEER,

Defendants.

PAINTERS AND ALLIED TRADES
DISTRICT COUNCIL NO. 35 PENSION
FUND, on Behalf of Itself and all Others
Similarly Situated,

        Plaintiff,

            -against-

BANK OF AMERICA, N.A., BANK OF
AMERICA MERRILL LYNCH
INTERNATIONAL LIMITED, CREDIT
AGRICOLE CORPORATE AND
INVESTMENT BANK, CREDIT SUISSE AG,
DEUTSCHE BANK AG, NOMURA
INTERNATIONAL PLC, HIREN GUDKA,
AMANDEEP SINGH MANKU, SHAILEN
PAU, and BHARDEEP SINGH HEER,

        Defendants.

Case No. 16-cv-05755 (ER)

OKLAHOMA POLICE PENSION AND
RETIREMENT SYSTEM, on behalf of itself,
and, in a representative capacity, on behalf of
all those similarly situated,

        Plaintiff,
            -against-

BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.; MERRILL
LYNCH, PIERCE, FENNER & SMITH, INC.;
CRÉDIT AGRICOLE S.A.; CRÉDIT
AGRICOLE CORPORATE AND
INVESTMENT BANK; CRÉDIT AGRICOLE
SECURITIES (USA) INC.; CREDIT SUISSE
SECURITIES (USA) LLC; CREDIT SUISSE
GROUP AG; CREDIT SUISSE AG; CREDIT
SUISSE INTERNATIONAL; DEUTSCHE
BANK SECURITIES, INC.; DEUTSCHE
BANK AG; NOMURA HOLDINGS, INC.;

Case No. 16-cv-06133 (ER)

NOMURA INTERNATIONAL PLC;
NOMURA SECURITIES INTERNATIONAL,
INC.; HIREN GUDKA; AMANDEEP SINGH
MANKU; SHAILEN PAU; BHARDEEP
SINGH HEER; and JOHN DOE
DEFENDANTS NOS. 1-100,

Defendants.

## STIPULATION REGARDING SERVICE, PROPOSED CONSOLIDATION, TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND, AND OTHER PRELIMINARY MATTERS

WHEREAS, on May 18, 2016, Boston Retirement System filed a complaint captioned

*Boston Retirement System v. Bank of America, N.A., et al.*, Case No. 16-cv-03711 (ER)

(S.D.N.Y.) (the "Boston Retirement Action"), against certain defendants, alleging a conspiracy

to manipulate the prices of sub-sovereign, supranational, and agency ("SSA") bonds.

WHEREAS, on June 2, 2016, City of Atlanta Firefighters Pension Fund filed a complaint

captioned *City of Atlanta Firefighters Pension Fund v. Bank of America, N.A., et al*, Case No.

16-cv-04151 (ER) (S.D.N.Y.) (the "City of Atlanta Firefighters Action"), also alleging a

conspiracy by certain defendants to manipulate the prices of SSA bonds.

WHEREAS, on June 14, 2016, Louisiana Sheriffs' Pension & Relief Fund filed a

complaint captioned *Louisiana Sheriffs' Pension & Relief Fund v. Bank of America, N.A., et al.*,

Case No. 16-cv-04485 (ER) (S.D.N.Y.) (the "Louisiana Sheriffs' Action"), also alleging a

conspiracy by certain defendants to manipulate the prices of SSA bonds.

WHEREAS, on June 17, 2016, Sheet Metal Workers Pension Plan of Northern California

and Iron Workers Pension Plan of Western Pennsylvania filed a complaint captioned *Sheet Metal

Workers Pension Plan of Northern California v. Bank of America Corporation, et al.*, Case No.

16-cv-04603 (ER) (S.D.N.Y.) (the "Sheet Metal Workers Action"), also alleging a conspiracy by

certain defendants to manipulate the prices of SSA bonds.

6

WHEREAS, on June 27, 2016, Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters filed a complaint captioned *Inter-Local Pension Fund Graphic Communications Conference of the International Brotherhood of Teamsters v. Bank of America Corporation, et al.*, Case No. 16-cv-05011 (ER) (S.D.N.Y.) (the "Inter-Local Action"), also alleging a conspiracy by certain defendants to manipulate the prices of SSA bonds.

WHEREAS, on June 30, 2016, City of Bristol Pension Fund filed a complaint captioned *City of Bristol Pension Fund v. Bank of America Corporation, et al.*, Case No. 16-cv-05203 (ER) (S.D.N.Y.) (the "City of Bristol Action"), also alleging a conspiracy by certain defendants to manipulate the prices of SSA bonds.

WHEREAS, on July 1, 2016, Asbestos Workers Philadelphia Welfare and Pension Fund filed a complaint captioned *Asbestos Workers Philadelphia Welfare and Pension Fund v. Bank of America, N.A., et al.*, Case No. 16-cv-05269 (ER) (S.D.N.Y.) (the "Asbestos Workers Action"), also alleging a conspiracy by certain defendants to manipulate the prices of SSA bonds.

WHEREAS, on July 19, 2016, Painters and Allied Trades District Council No. 35 Pension Fund filed a complaint captioned *Painters And Allied Trades District Council No. 35 Pension Fund v. Bank of America, N.A., et al.*, Case No. 16-cv-5755 (ER) (S.D.N.Y.) (the "Painters Action"), also alleging a conspiracy by certain defendants to manipulate the prices of SSA bonds.

WHEREAS, on August 2, 2016, Oklahoma Police Pension and Retirement System filed a complaint captioned *Oklahoma Police Pension and Retirement System v. Bank of America Corporation., et al.*, Case No. 16-cv-06133 (ER) (S.D.N.Y.) (the "Oklahoma Police Action"), also alleging a conspiracy by certain defendants to manipulate the prices of SSA bonds.

7

WHEREAS, the Boston Retirement Action, City of Atlanta Firefighters Action, Louisiana Sheriffs' Action, Sheet Metal Workers Action, Inter-Local Action, City of Bristol Action, Asbestos Workers Action, Painters Action, and Oklahoma Police Action are collectively referred to as the "Pending SSA Litigation." The following parties ("Defendants") are defendants in one or more of the cases comprising the Pending SSA Litigation:

Bank of America Corporation;

Bank of America, N.A.;

Bank of America Merrill Lynch International Limited;

Crédit Agricole S.A.;

Crédit Agricole Corporate and Investment Bank;

Crédit Agricole Securities (USA) Inc.;

Credit Suisse AG;

Credit Suisse Group AG;

Credit Suisse International;

Credit Suisse Securities (USA) LLC;

Deutsche Bank AG;

Deutsche Bank Securities Inc.;

Merrill Lynch, Pierce, Fenner & Smith Incorporated;

Nomura Holdings, Inc.

Nomura International plc.; and

Nomura Securities International, Inc.,

WHEREAS, on June 13 and 14, and July 19, 2016, the Court "So Ordered" the parties' joint letter motions in the Boston Retirement Action, City of Atlanta Firefighter Action, and

8

Sheet Metal Workers Action, respectively, which stays the time for all defendants in those cases to answer, move, or otherwise respond to the complaints pending further negotiation of certain matters. There has been no prior request to extend any deadlines in any of the cases comprising the Pending SSA Litigation.

ACCORDINGLY, IT IS HEREBY STIPULATED THAT:

1. The undersigned counsel for each Defendant agrees to waive service of process in each of the individual cases comprising the Pending SSA Litigation on behalf of its respective client(s), expressly reserving the right to contest whether any party in the Pending SSA Litigation is properly named, and without waiver of any defenses, including those related to personal jurisdiction and venue.

2. The deadlines for all defendants named in the complaints to answer, move or otherwise respond to the complaints in each of the cases comprising the Pending SSA Litigation are stayed as provided in this Stipulation, to the extent that such deadlines presently exist or may come to exist following the execution of this Stipulation but before the cases comprising the Pending SSA Litigation are formally consolidated and a response and briefing schedule is set for any consolidated complaint. The stay shall be without prejudice to any party's right to seek relief from the stay.

3. Subject to the Court's approval, the nine individual actions comprising the Pending SSA litigation are consolidated under the docket number 16-cv-03711 and captioned as "In re SSA Bonds Antitrust Litigation." Any additional complaint filed in this district containing substantially similar allegations as those in the Pending SSA Litigation that is marked as related to the Pending SSA Litigation and accepted by the Court as such (a "Subsequent Action") shall also be consolidated with the cases comprising the Pending SSA Litigation. Plaintiffs in the

9

Pending SSA Litigation shall serve written notice of such consolidation on the plaintiff(s) in the Subsequent Action and on any defendant in such Action who is not a party in the Pending SSA Litigation, and any party in the Subsequent Action shall have 10 days from the date that notice is served to file a motion with the Court objecting to such consolidation and setting forth the basis for objection.

4.     The following schedule shall apply to the Pending SSA Litigation and any case that is consolidated with the Pending SSA Litigation:

a.     **Appointment of Interim Lead Counsel**: Within 60 days after the entry of this Order, Plaintiffs' counsel in the Pending SSA Litigation, or any case that is consolidated with the Pending SSA Litigation, shall file a motion for appointment of interim lead counsel.

b.     **Initial Status Conference**: Within 21 days after entry of the Court's Order appointing interim lead counsel, interim lead counsel for Plaintiffs and counsel for Defendants shall meet and confer and submit a joint letter that (i) sets a proposed deadline for lead counsel to file a consolidated amended complaint, (ii) establishes a proposed briefing schedule for the defendants' motion(s) to dismiss, (iii) requests that the Court schedule a status conference, and (iv) provides the Court with a proposed agenda for the conference. If the parties are unable to agree on whether or not to include a particular item on the agenda, the letter shall note the fact of disagreement without argument of either side's position.

5.     If a complaint containing substantially similar allegations as those in the Pending SSA Litigation is filed in another federal judicial district (a "Non-Consolidated Action"), the parties in the Pending SSA Litigation will meet and confer within five business days of such filing regarding possible adjustments to the proceedings contemplated by this Stipulation. If

10

agreement cannot be reached, any party in the Pending SSA Litigation may apply to this Court for such relief as it deems appropriate.

DATED: August 19, 2016

LABATON SUCHAROW LLP

By: _____
Gregory S. Asciolla
Jay L. Himes
Garrett J. Bradley
Karin E. Garvey
Matthew J. Perez
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
gbradley@labaton.com
kgarvey@labaton.com
mperez@labaton.com

HAUSFELD LLP

By: _____
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com

*Attorneys for Plaintiff*
*Boston Retirement System*

HAUSFELD LLP

By: _____
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
Sarah R. LaFreiere
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com
slafreniere@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

BERNSTEIN LITOWITZ
BERGER & GROSSMAN
LLP

By: _____
Gerald H. Silk
Hannah Ross
Avi Josefson
1251 Avenue of the
Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: _____
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th
Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

ROBBINS GELLER RUDMAN &
DOWD LLP

By: _____
Samuel H. Rudman
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
SRudman@rgrdlaw.com

David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
655 West Broadway
Suite 1900
San Diego, CA 92101

12

LABATON SUCHAROW LLP

By: _____

Gregory S. Asciolla
Jay L. Himes
Garrett J. Bradley
Karin E. Garvey
Matthew J. Perez
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
gbradley@labaton.com
kgarvey@labaton.com
mperez@labaton.com

HAUSFELD LLP

By: _____
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com

*Attorneys for Plaintiff*
*Boston Retirement System*

HAUSFELD LLP

By: _____
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
Sarah R. LaFreiere
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com
slafreniere@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

BERNSTEIN LITOWITZ
BERGER & GROSSMAN
LLP

By: _____
Gerald H. Silk
Hannah Ross
Avi Josefson
1251 Avenue of the
Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: _____
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th
Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.co
m
adamwolfson@quinnemanuel.com

ROBBINS GELLER RUDMAN &
DOWD LLP

By: _____
Samuel H. Rudman
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
SRudman@rgrdlaw.com

David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
655 West Broadway
Suite 1900
San Diego, CA 92101

12

LABATON SUCHAROW LLP

By: _____

Gregory S. Asciolla
Jay L. Himes
Garrett J. Bradley
Karin E. Garvey
Matthew J. Perez
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
gbradley@labaton.com
kgarvey@labaton.com
mperez@labaton.com

HAUSFELD LLP

By:_____
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.co
m
tkearns@hausfeld.com

*Attorneys for Plaintiff*
*Boston Retirement System*

HAUSFELD LLP

By: _____
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
Sarah R. LaFreiere
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com
slafreniere@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

BERNSTEIN LITOWITZ
BERGER & GROSSMAN
LLP

By: *Bruce N. Webber*

Gerald H. Silk
Hannah Ross
Avi Josefson
1251 Avenue of the
Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: _____
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th
Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.co
m
adamwolfson@quinnemanuel.com

ROBBINS GELLER RUDMAN &
DOWD LLP

By: _____
Samuel H. Rudman
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
SRudman@rgrdlaw.com

David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
655 West Broadway
Suite 1900
San Diego, CA 92101

LABATON SUCHAROW
LLP

By:
_____
Gregory S. Asciolla
Jay L. Himes
Garrett J. Bradley
Karin E. Garvey
Matthew J. Perez
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
gbradley@labaton.com
kgarvey@labaton.com
mperez@labaton.com

HAUSFELD LLP

By:_____
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.co
m
tkearns@hausfeld.com

*Attorneys for Plaintiff*
*Boston Retirement System*

HAUSFELD LLP

By: _____
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
Sarah R. LaFreiere
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com
slafreniere@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

BERNSTEIN LITOWITZ
BERGER & GROSSMAN
LLP

By: _____
Gerald H. Silk
Hannah Ross
Avi Josefson
1251 Avenue of the
Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: /Thomas L. Lepri

Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th
Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.co
m
adamwolfson@quinnemanuel.com

ROBBINS GELLER RUDMAN &
DOWD LLP

By: _____
Samuel H. Rudman
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
SRudman@rgrdlaw.com

David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
655 West Broadway
Suite 1900
San Diego, CA 92101

12

LABATON SUCHAROW
LLP

By:

_____
Gregory S. Asciolla
Jay L. Himes
Garrett J. Bradley
Karin E. Garvey
Matthew J. Perez
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
gbradley@labaton.com
kgarvey@labaton.com
mperez@labaton.com

HAUSFELD LLP

By:_____
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com

*Attorneys for Plaintiff*
*Boston Retirement System*

HAUSFELD LLP

By: _____
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
Sarah R. LaFreiere
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com
slafreniere@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

BERNSTEIN LITOWITZ
BERGER & GROSSMAN
LLP

By: _____
Gerald H. Silk
Hannah Ross
Avi Josefson
1251 Avenue of the
Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By: _____
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th
Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.co
m
adamwolfson@quinnemanuel.com

ROBBINS GELLER RUDMAN &
DOWD LLP

By: _____
Samuel H. Rudman
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
SRudman@rgrdlaw.com

David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
655 West Broadway
Suite 1900
San Diego, CA 92101

Blair A. Nicholas
Benjamin Galdston
David Kaplan
Lucas Gilmore
Brandon Marsh
12481 High Bluff Drive
Suite 33
San Diego, CA 92130
Tel: (858) 720-3183
Fax: 858 793-0323
blairn@blbglaw.com
benjaming@blbglaw.com
davidk@blbglaw.com
lucasg@blbglaw.com
brandonm@blbglaw.com

Tel: (619) 231-1058
Fax: (619) 231-7423
davidm@rgrdlaw.com
bomara@rgrdlaw.com
cmedici@rgrdlaw.com

*Attorneys for Plaintiffs Sheet Metal
Workers Pension Plan of Northern
California, and Iron Workers
Pension Plan of Western
Pennsylvania*

*Attorneys for Plaintiffs City
of Atlanta Firefighters
Pension Fund, Louisiana
Sheriffs' Pension & Relief
Fund, and Painters and
Allied Trades District
Council No. 35 Pension
Fund*

SPECTOR ROSEMAN
KODROFF & WILLIS, P.C.

By:

Robert M. Roseman
Eugene A. Spector
William G. Caldes
Rachel E. Kopp
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
rroseman@srkw-law.com
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
rkopp@srkw-law.com

GLANCY PRONGAY &
MURRAY LLP
Brian Murray
Lee Albert
122 E. 42nd Street
Suite 2920
New York, NY 10168
Tel: (212) 682-5340
bmurray@glancylaw.com
lalbert@glancylaw.com

HEINS MILLS & OLSON,
P.L.C.
Vincent J. Esades
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
vesades@heinsmills.com

LOCKRIDGE GRINDAL
NAUEN, P.L.L.P.
W. Joseph Bruckner
100 Washington Avenue
South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
wjbruckner@locklaw.com

COTCHETT, PITRE &
McCARTHY, LLP
Steven N. Williams
840 Malcom Road
Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
swilliams@cpmlegal.com

FREED KANNER
LONDON &MILLEN LLC
Steven A. Kanner
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
skanner@fklm law. com

LAW OFFICES OF
DAVID P. MCLAFFERTY
& ASSOCIATES, P.C.
David P. McLafferty
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 940-4000
dmclafferty@mclaffertylaw
.com

SAVERI & SAVERI, INC.
R. Alexander Saveri
706 Sansome Street
San Francisco, CA 94111
Tel: (415) 217-6810
rick@saveri.com

REINHARDT WENDORF &
BLANCHFIELD
Garrett D. Blanchfield
Roberta A. Yard
E-1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Tel: (651) 287-2100
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

GOLDENBERG SCHNEIDER,
LPA
Jeffrey S. Goldenberg
35 East Seventh Street
Suite 600
Cincinnati, OH 45202
Tel: (513) 345-8291
jgoldenberg@gs-lega.com

LITE DEPALMA GREENBERG,
LLC
Steven J. Greenfogel
Katrina Carroll
LITE DEPALMA GREENBERG,
LLC
570 Broad Street
Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
sgreenfogel@litedepalma.com
KCarroll@litedepalma.com

*Attorneys for Plaintiff Inter-Local Pension Fund Graphic Communications Conference of The
International Brotherhood Of Teamsters*

14

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

By: _____

Christopher M. Burke
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
cburke@scott-scott.com

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
David R. Scott
Amanda F. Lawrence
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
Donald A. Broggi
Peter A. Barile III
J. Alex Vargas
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: (212) 223-6444
Fax: (212) 223-6334
dbroggi@scott-scott.com
pbarile@scott-scott.com
avargas@scott-scott.com

KELLOGG HUBER HANSEN TODD EVANS & FIGEL, PLLC
Michael J. Guzman
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
mguzman@khhte.com

*Attorneys for City of Bristol Pension Fund
and Oklahoma Police Pension and Retirement System*

15

and

J. GERARD STRANCH, IV
BRANSTETTER STRANCH & JENNINGS PLLC
J. Gerard Stranch, IV
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
Fax: (615) 250-3937
gerards@BSJFirm.com

ROBINS KAPLAN LLP
Thomas J. Undlin
800 LaSalle Avenue Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500
TUndlin@RobinsKaplan.com

*Attorneys for Oklahoma Police Pension and Retirement System*

BERGER & MONTAGUE, P.C.

By: _____

Merrill G. Davidoff
Michael C. Dell'Angelo
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdavidoff@bm.net
mdellangelo@bm.net

*Attorneys for Plaintiff Asbestos Workers Philadelphia Welfare and Pension Fund*

16

ALLEN & OVERY LLP

By: _____
John F. Terzaken (admitted *pro hac vice*)
John Roberti
Jana Steenholdt
1101 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 683-3800
Fax: (202) 683-3999
john.terzaken@allenovery.com
john.roberti@allenovery.com
jana.steenholdt@allenovery.com

Brian T. Fitzpatrick
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
brian.fitzpatrick@allenovery.com

*Attorneys for Defendants Deutsche Bank*
*AG and Deutsche Bank Securities Inc.*

CAHILL GORDON & REINDEL LLP

By: : _____
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Tel: (212) 701-3000
Fax: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse AG,
Credit Suisse Group AG, Credit Suisse
Securities (USA) LLC, and Credit Suisse
International*

SHEARMAN & STERLING LLP

By: _____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022-6069
Tel: (212) 848-4000
Fax: (646) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A., Bank of
America Merrill Lynch International Limited,
and Merrill Lynch, Pierce, Fenner & Smith
Incorporated*

CAHILL GORDON & REINDEL LLP

By: : _____
David G. Januszewski
Herbert S. Washer
Elai Katz
Jason M. Hall
80 Pine Street
New York, New York 10005
Tel: (212) 701-3000
Fax: (212) 269-5420
djanuszewski@cahill.com
hwasher@cahill.com
ekatz@cahill.com
jhall@cahill.com

*Attorneys for Defendants Credit Suisse AG, Credit Suisse Group AG, Credit Suisse Securities (USA) LLC, and Credit Suisse International*

SHEARMAN & STERLING LLP

By: _____
Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, New York 10022-6069
Tel: (212) 848-4000
Fax: (646) 848-4000
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

*Attorneys for Defendants Bank of America Corporation, Bank of America, N.A., Bank of America Merrill Lynch International Limited, and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

18

CRAVATH, SWAINE & MOORE LLP

By: _____

John D. Buretta
M. Deke Shearon
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
jburetta@cravath.com
dshearon@cravath.com

*Attorneys for Nomura International plc*

HOGAN LOVELLS US LLP

By: _____

Lisa J. Fried
Kevin T. Baumann
875 Third Avenue
New York, NY 10022
Tel: : (212) 918-3000
Fax: : (212) 918-3100
Email: lisa.fried@hoganlovells.com
kevin.baumann@hoganlovells.com

*Attorneys for Crédit Agricole S.A., Crédit
Agricole Corporate and Investment Bank and
Crédit Agricole Securities (USA) Inc.*

19

CRAVATH, SWAINE & MOORE LLP

By: /s/
_____
John D. Buretta
Megan Y. Lew
M. Deke Shearon
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
jburetta@cravath.com
mlew@cravath.com
dshearon@cravath.com

*Attorneys for Nomura International plc*

HOGAN LOVELLS US LLP

By: /s/ *Lisa Fried* / KTB
Lisa J. Fried
Kevin T. Baumann
875 Third Avenue
New York, NY 10022
Tel: :  (212) 918-3000
Fax: :  (212) 918-3100
Email: lisa.fried@hoganlovells.com
kevin.baumann@hoganlovells.com

*Attorneys for Crédit Agricole S.A., Crédit Agricole Corporate and Investment Bank and Crédit Agricole Securities (USA) Inc.*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Aidan Synnott

Aidan Synnott
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
asynnott@paulweiss.com

*Attorneys for Nomura Securities
International, Inc.*

20

IT IS SO ORDERED.

DATED:    8/22/2016

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

21