UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SSA BONDS ANTITRUST LITIGATION

Case No. 1:16cv3711(ER)

THIS DOCUMENT RELATES TO:

ALL ACTIONS

# NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Derek A. Cohen, of Goodwin Procter LLP, enters his appearance in the above-captioned matter as counsel for Defendant Bhardeep Singh Heer and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned. I certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: October 28, 2016
New York, New York

GOODWIN PROCTER LLP

By: /s/ Derek A. Cohen
    Derek A. Cohen
    Goodwin Procter LLP
    The New York Times Building
    620 Eighth Avenue
    New York, NY 10018-1405
    Tel: (212) 813-8800
    Fax: (212) 355-3333
    DCohen@goodwinlaw.com

*Attorney for Defendant Bhardeep Singh Heer*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2016, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices and caused copies of the aforementioned document to be served via first class mail, postage prepaid upon any non-CM/ECF participants

/s/ Derek A. Cohen