UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SSA BONDS ANTITRUST LITIGATION | Case No. 1:16cv3711(ER) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

# NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Lauren A. Bowman, of Goodwin Procter LLP, enters her appearance in the above-captioned matter as counsel for Defendant Bhardeep Singh Heer and requests that all notices, pleadings, and orders entered in this matter be sent to the undersigned. I certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated:   October 28, 2016
         New York, New York        GOODWIN PROCTER LLP

                                         By:  /s/ Lauren A. Bowman
                                              Lauren A. Bowman
                                              Goodwin Procter LLP
                                              The New York Times Building
                                              620 Eighth Avenue
                                              New York, NY 10018-1405
                                              Tel: (212) 813-8800
                                              Fax: (212) 355-3333
                                              LBowman@goodwinlaw.com

                                           *Attorney for Defendant Bhardeep Singh Heer*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 28, 2016, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices and caused copies of the aforementioned document to be served via first class mail, postage prepaid upon any non-CM/ECF participants

                                            /s/ Lauren A. Bowman