Ramos, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 12/13/2016

**IN RE SSA BONDS ANTITRUST LITIGATION**

This Document Relates To:

ALL CASES

No. 16-cv-03711 (ER)

**STIPULATION REGARDING SERVICE, TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND, AND OTHER PRELIMINARY MATTERS AS TO THE INDIVIDUAL DEFENDANTS HIREN GUDKA, SHAILEN PAU, AND BHARDEEP SINGH HEER**

1. By stipulation dated August 19, 2016, So Ordered by the Court on August 22, 2016 (Dkt No. 36; the "Stipulation and Consolidation Order"), nine related individual actions alleging a conspiracy to manipulate the prices of sub-sovereign, supranational, and agency ("SSA") bonds were consolidated under this docket and captioned as "*In re SSA Bonds Antitrust Litigation.*"

2. After entry of the Stipulation and Consolidation Order, the following two related actions were filed and thereafter consolidated with the nine prior actions as Subsequent Actions under paragraph 3 of the Stipulation and Consolidation Order (the eleven filed actions, collectively, the "Individual Cases"):

a. *Louisiana Municipal Police Employees' Retirement System, et al. v. Bank of America Corporation, et al.*, Case No. 16-cv-07991 (S.D.N.Y.), filed on October 12, 2016; and

b. *KBC Management NV, et al. v. Bank of America Corporation, et al.*, Case No. 16-cv-8621 (S.D.N.Y.), filed on November 4, 2016.

3. Hiren Gudka, Shailen Pau, and Bhardeep Singh Heer (the "Individual Defendants") were named as defendants in each of the Individual Cases, but were not signatories to the Stipulation and Consolidation Order.

ACCORDINGLY, IT IS HEREBY STIPULATED THAT:

1. The undersigned counsel for each Individual Defendant agrees to waive service of process in each of the Individual Cases comprising this consolidated action on behalf of his respective client, expressly reserving the right to contest whether any party in this consolidated action is properly named, and without waiver of any defenses, including those related to personal jurisdiction and venue.

2. The deadlines for all Individual Defendants to answer, move or otherwise respond to any complaint in this consolidated action is stayed as provided in the Stipulation and Consolidation Order, to the extent that such deadlines presently exist or may come to exist following the execution of this Stipulation but before a response and briefing schedule is set for any consolidated complaint. The stay shall be without prejudice to any party's right to seek relief from the stay.

3. The following schedule, set forth in paragraph 4(b) of the Stipulation and Consolidation Order, shall apply to the Individual Defendants:

    a. **Initial Status Conference**: Within 21 days after entry of the Court's Order appointing interim lead counsel, interim lead counsel for Plaintiffs and counsel for Defendants shall meet and confer and submit a joint letter that (i) sets a proposed deadline for lead counsel to file a consolidated amended complaint, (ii) establishes a proposed briefing schedule for the defendants' motion(s) to dismiss, (iii) requests that the Court schedule a status conference, and (iv) provides the Court with a proposed agenda for the conference. If the parties

are unable to agree on whether or not to include a particular item on the agenda, the letter shall note the fact of disagreement without argument of either side's position.

4. If a complaint containing substantially similar allegations as those in this consolidated action is filed in another federal judicial district (a "Non-Consolidated Action"), the Individual Defendants, together with the other parties in this consolidated action, will meet and confer within five business days of such filing regarding possible adjustments to the proceedings contemplated by this Stipulation. If agreement cannot be reached, any party in this consolidated action may apply to this Court for such relief as it deems appropriate.

DATED: December 6, 2016

LABATON SUCHAROW LLP

By: ____________________
Gregory S. Asciolla
Jay L. Himes
Garrett J. Bradley
Karin E. Garvey
Matthew J. Perez
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
gbradley@labaton.com
kgarvey@labaton.com
mperez@labaton.com

HAUSFELD LLP

By:____________________
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com

*Attorneys for Plaintiff Boston Retirement System*

HAUSFELD LLP

By: ____________________
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
Sarah R. LaFreiere
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com
slafreniere@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

By: ____________________
Gerald H. Silk
Hannah Ross
Avi Josefson
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: ____________________
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

ROBBINS GELLER RUDMAN & DOWD LLP

By: ____________________
Samuel H. Rudman
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
SRudman@rgrdlaw.com

David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
655 West Broadway
Suite 1900

LABATON SUCHAROW LLP

By: ____________________
Gregory S. Asciolla
Jay L. Himes
Garrett J. Bradley
Karin E. Garvey
Matthew J. Perez
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
gbradley@labaton.com
kgarvey@labaton.com
mperez@labaton.com

HAUSFELD LLP

By: [signature]
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com

*Attorneys for Plaintiff Boston Retirement System*

HAUSFELD LLP

By: [signature]
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
Sarah R. LaFreiere
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com
slafreniere@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

By: ____________________
Gerald H. Silk
Hannah Ross
Avi Josefson
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: ____________________
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

ROBBINS GELLER RUDMAN & DOWD LLP

By: ____________________
Samuel H. Rudman
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
SRudman@rgrdlaw.com

David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
655 West Broadway
Suite 1900

LABATON SUCHAROW LLP

By: ____________________
Gregory S. Asciolla
Jay L. Himes
Garrett J. Bradley
Karin E. Garvey
Matthew J. Perez
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
gbradley@labaton.com
kgarvey@labaton.com
mperez@labaton.com

HAUSFELD LLP

By: ____________________
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com

*Attorneys for Plaintiff Boston Retirement System*

HAUSFELD LLP

By: ____________________
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
Sarah R. LaFreiere
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com
slafreniere@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

By: [signature] /DK
Gerald H. Silk
Hannah Ross
Avi Josefson
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: ____________________
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

ROBBINS GELLER RUDMAN & DOWD LLP

By: ____________________
Samuel H. Rudman
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
SRudman@rgrdlaw.com

David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
655 West Broadway
Suite 1900

LABATON SUCHAROW LLP

By: ____________________
Gregory S. Asciolla
Jay L. Himes
Garrett J. Bradley
Karin E. Garvey
Matthew J. Perez
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
gbradley@labaton.com
kgarvey@labaton.com
mperez@labaton.com

HAUSFELD LLP

By: ____________________
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com

*Attorneys for Plaintiff Boston Retirement System*

HAUSFELD LLP

By: ____________________
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
Sarah R. LaFreiere
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com
slafreniere@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

By: ____________________
Gerald H. Silk
Hannah Ross
Avi Josefson
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Daniel L. Brockett
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

ROBBINS GELLER RUDMAN & DOWD LLP

By: ____________________
Samuel H. Rudman
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
SRudman@rgrdlaw.com

David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
655 West Broadway
Suite 1900

LABATON SUCHAROW LLP

By: ____________________
Gregory S. Asciolla
Jay L. Himes
Garrett J. Bradley
Karin E. Garvey
Matthew J. Perez
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
gbradley@labaton.com
kgarvey@labaton.com
mperez@labaton.com

HAUSFELD LLP

By: ____________________
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com

*Attorneys for Plaintiff Boston Retirement System*

HAUSFELD LLP

By: ____________________
Michael D. Hausfeld
William P. Butterfield
Timothy S. Kearns
Sarah R. LaFreiere
1700 K Street, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202)-540-7201
mhausfeld@hausfeld.com
wbutterfield@hausfeld.com
tkearns@hausfeld.com
slafreniere@hausfeld.com

Michael P. Lehmann
Bonny E. Sweeney
Christopher L. Lebsock
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980
mlehmann@hausfeld.com
bsweeney@hausfeld.com
clebsock@hausfeld.com

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP

By: ____________________
Gerald H. Silk
Hannah Ross
Avi Josefson
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: ____________________
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

ROBBINS GELLER RUDMAN & DOWD LLP

By: ____________________
David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
655 West Broadway
Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
davidm@rgrdlaw.com
bomara@rgrdlaw.com
cmedici@rgrdlaw.com

Blair A. Nicholas
Benjamin Galdston
David Kaplan
Lucas Gilmore
Brandon Marsh
12481 High Bluff Drive
Suite 33
San Diego, CA 92130
Tel: (858) 720-3183
Fax: 858 793-0323
blairn@blbglaw.com
benjaming@blbglaw.com
davidk@blbglaw.com
lucasg@blbglaw.com
brandonm@blbglaw.com

*Attorneys for Plaintiffs City of Atlanta Firefighters Pension Fund, Louisiana Sheriffs' Pension & Relief Fund, and Painters and Allied Trades District Council No. 35 Pension Fund*

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.

By:____________________

Robert M. Roseman
Eugene A. Spector
William G. Caldes
Rachel E. Kopp
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
rroseman@srkw-law.com
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
rkopp@srkw-law.com

Samuel H. Rudman
58 South Service Road
Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
SRudman@rgrdlaw.com

*Attorneys for Plaintiffs Sheet Metal Workers Pension Plan of Northern California, and Iron Workers Pension Plan of Western Pennsylvania*

Blair A. Nicholas
Benjamin Galdston
David Kaplan
Lucas Gilmore
Brandon Marsh
12481 High Bluff Drive
Suite 33
San Diego, CA 92130
Tel: (858) 720-3183
Fax: 858 793-0323
blairn@blbglaw.com
benjaming@blbglaw.com
davidk@blbglaw.com
lucasg@blbglaw.com
brandonm@blbglaw.com

*Attorneys for Plaintiffs City of Atlanta Firefighters Pension Fund, Louisiana Sheriffs' Pension & Relief Fund, and Painters and Allied Trades District Council No. 35 Pension Fund*

San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
davidm@rgrdlaw.com
bomara@rgrdlaw.com
emedici@rgrdlaw.com

*Attorneys for Plaintiffs Sheet Metal Workers Pension Plan of Northern California, and Iron Workers Pension Plan of Western Pennsylvania*

SPECTOR ROSEMAN KODROFF & WILLIS, P.C.

By: ______________________
Robert M. Roseman
Eugene A. Spector
William G. Caldes
Rachel E. Kopp
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
rroseman@srkw-law.com
espector@srkw-law.com
bcaldes@srkw-law.com
jjagher@srkw-law.com
rkopp@srkw-law.com

GLANCY PRONGAY & MURRAY LLP
Brian Murray
Lee Albert
122 E. 42nd Street
Suite 2920
New York, NY 10168
Tel: (212) 682-5340
bmurray@glancylaw.com
lalbert@glancylaw.com

FREED KANNER LONDON &MILLEN LLC
Steven A. Kanner
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
skanner@fklm law. com

REINHARDT WENDORF & BLANCHFIELD
Garrett D. Blanchfield
Roberta A. Yard
E-1250 First National Bank Bldg.
332 Minnesota Street
St. Paul, MN 55101
Tel: (651) 287-2100
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

HEINS MILLS & OLSON, P.L.C.
Vincent J. Esades
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
vesades@heinsmills.com

LAW OFFICES OF DAVID P. MCLAFFERTY & ASSOCIATES, P.C.
David P. McLafferty
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 940-4000
dmclafferty@mclaffertylaw.com

GOLDENBERG SCHNEIDER, LPA
Jeffrey S. Goldenberg
35 East Seventh Street
Suite 600
Cincinnati, OH 45202
Tel: (513) 345-8291
jgoldenberg@gs-lega.com

LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
W. Joseph Bruckner
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
wjbruckner@locklaw.com

COTCHETT, PITRE & McCARTHY, LLP
Steven N. Williams
840 Malcom Road
Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
swilliams@cpmlegal.com

SAVERI & SAVERI, INC.
R. Alexander Saveri
706 Sansome Street
San Francisco, CA 94111
Tel: (415) 217-6810
rick@saveri.com

LITE DEPALMA GREENBERG, LLC
Steven J. Greenfogel
Katrina Carroll
LITE DEPALMA GREENBERG, LLC
570 Broad Street
Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
sgreenfogel@litedepalma.com
KCarroll@litedepalma.com

*Attorneys for Plaintiff Inter-Local Pension Fund Graphic Communications Conference of The International Brotherhood Of Teamsters*

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

By: ______________________________
Christopher M. Burke
707 Broadway, Suite 1000
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
cburke@scott-scott.com

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
David R. Scott
Amanda F. Lawrence
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
Donald A. Broggi
Peter A. Barile III
J. Alex Vargas
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: (212) 223-6444
Fax: (212) 223-6334
dbroggi@scott-scott.com
pbarile@scott-scott.com
avargas@scott-scott.com

KELLOGG HUBER HANSEN TODD EVANS & FIGEL, PLLC
Michael J. Guzman
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
mguzman@khhte.com

*Attorneys for City of Bristol Pension Fund*
*and Oklahoma Police Pension and Retirement System*

and

J. GERARD STRANCH, IV
BRANSTETTER STRANCH & JENNINGS PLLC
J. Gerard Stranch, IV
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
Fax: (615) 250-3937
gerards@BSJFirm.com

ROBINS KAPLAN LLP
Thomas J. Undlin
800 LaSalle Avenue Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500
TUndlin@RobinsKaplan.com

*Attorneys for Oklahoma Police Pension and Retirement System*

BERGER & MONTAGUE, P.C.

By: [signature]
Merrill G. Davidoff
Michael C. Dell'Angelo
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdavidoff@bm.net
mdellangelo@bm.net

*Attorneys for Plaintiff Asbestos Workers Philadelphia Welfare and Pension Fund*

MOTLEY RICE LLC

By:
Michael M. Buchman
Erin C. Durba
600 Third Avenue, Suite 2101
New York, NY 10016
Tel: (212) 577-0040

and

J. GERARD STRANCH, IV
BRANSTETTER STRANCH & JENNINGS PLLC
J. Gerard Stranch, IV
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
Fax: (615) 250-3937
gerards@BSJFirm.com

ROBINS KAPLAN LLP
Thomas J. Undlin
800 LaSalle Avenue Suite 2800
Minneapolis, MN 55402
Tel: (612) 349-8500
TUndlin@RobinsKaplan.com

*Attorneys for Oklahoma Police Pension and Retirement System*

BERGER & MONTAGUE, P.C.

By:______________________
Merrill G. Davidoff
Michael C. Dell'Angelo
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdavidoff@bm.net
mdellangelo@bm.net

*Attorneys for Plaintiff Asbestos Workers Philadelphia Welfare and Pension Fund*

MOTLEY RICE LLC

By:______________________
Michael M. Buchman
Erin C. Durba
600 Third Avenue, Suite 2101
New York, NY 10016
Tel: (212) 577-0040

Fax: (212) 577-0054
mbuchman@motleyrice.com
edurba@motleyrice.com

and

William H. Narwold
20 Church Street
Hartford, CT 06103
Tel: (860) 882-2676
bnarwold@motleyrice.com

*Attorneys for KBC AssetT Management NV*

WILLKIE FARR & GALLAGHER LLP

By______________________________
Wesley R. Powell
Katherine Doty Hanniford
787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8264
wpowell@willkie.com
khanniford@willkie.com

*Attorneys for Defendant* HIREN GUDKA

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.

By______________________________
Richard F. Albert
565 Fifth Avenue
New York, NY 10017
Tel: 212-880-9560
ralbert@maglaw.com

*Attorneys for Defendant* SHAILEN PAU

Fax: (212) 577-0054
mbuchman@motleyrice.com
edurba@motleyrice.com

and

William H. Narwold
20 Church Street
Hartford, CT 06103
Tel: (860) 882-2676
bnarwold@motleyrice.com

*Attorneys for KBC AssetT Management NV*

WILLKIE FARR & GALLAGHER LLP

By______________________________
Wesley R. Powell
Katherine Doty Hanniford
787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8264
wpowell@willkie.com
khanniford@willkie.com

*Attorneys for Defendant* HIREN GUDKA

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.

By Richard Albert/ALB
Richard F. Albert
565 Fifth Avenue
New York, NY 10017
Tel: 212-880-9560
ralbert@maglaw.com

*Attorneys for Defendant* SHAILEN PAU

GOODWIN PROCTER LLP

By ______________________
Derek A. Cohen
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212 459-7060
dcohen@goodwinprocter.com

*Attorneys for Defendant* BHARDEEP SINGH HEER

IT IS SO ORDERED.

DATED: ______________________

______________________
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

GOODWIN PROCTER LLP

By__________________________
Derek A. Cohen
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: 212 459-7060
dcohen@goodwinprocter.com

*Attorneys for Defendant* BHARDEEP SINGH HEER

IT IS SO ORDERED.

DATED: December 13, 2016

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE