USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 12/21/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SSA BONDS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**ORDER**

16 Civ. 3711 (ER)

Ramos, D.J.:

On August 22, 2016, the Court so-ordered a stipulation consolidating nine related actions alleging a conspiracy by certain defendants to manipulate the prices of sub-sovereign, supranational, and agency ("SSA") bonds (the "August 22, 2016 Order"). Pursuant to the August 22, 2016 Order, the nine individual actions were consolidated under the caption, "In re SSA Bonds Antitrust Litigation," and case number, 16 Civ. 3711 (the "Lead Action"). The Order also specified that "[a]ny additional complaint filed in this district containing substantially similar allegations as those in the [Lead Action] that is marked as related to the [Lead Action] and accepted by the Court as such . . . shall also be consolidated with the cases comprising the [Lead Action]."[1]

Subsequently, on December 14, 2016, the Irving Firemen's Relief and Retirement Fund filed a Complaint under case number 16 Civ. 9656 (the "Irving Firemen's Action"), along with a Statement of Relatedness to the Lead Action. On December 20, 2016, the Irving Firemen's

---

[1] On October 24, 2016, a related case filed by the Louisiana Municipal Police Employees Retirement System, 16 Civ. 7991, was consolidated with the Lead Action. On November 14, 2016, a related case filed by KBC Asset Management NV, 16 Civ. 8621, was consolidated with the Lead Action. On December 12, 2016, a related case filed by the City of Riviera Beach Police Officers' Pension Fund, 16 Civ. 9398, was consolidated with the Lead Action.

Action was accepted as related to the Lead Action, and the Irving Firemen's Action was reassigned to the undersigned.

Pursuant to the August 22, 2016 Order, the Irving Firemen's Action and the Lead Action are consolidated. All future filings in this case shall be filed in the Lead Action and bear the same caption as that case number.

It is SO ORDERED.

Dated: December 21, 2016
        New York, New York

                                                        Edgardo Ramos, U.S.D.J.