UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re SSA Bonds Antitrust Litigation* | Case No. 16-cv-03711 (ER) |
| SHEET METAL WORKERS PENSION PLAN OF NORTHERN CALIFORNIA, and IRON WORKERS PENSION PLAN OF WESTERN PENNSYLVANIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>- against –<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; CRÉDIT AGRICOLE S.A.; CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK; CREDIT SUISSE AG; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; NOMURA HOLDINGS, INC.; NOMURA INTERNATIONAL PLC, NOMURA SECURITIES INTERNATIONAL, INC., HIREN GUDKA; AMANDEEP SINGH MANKU; SHAILEN PAU; and BHARDEEP SINGH HEER,<br><br>Defendants. | Case No. 16-cv-04603 (ER) |
| INTER-LOCAL PENSION FUND GRAPHIC COMMUNICATIONS CONFERENCE OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, on Behalf Of Itself and all Others Similarly Situated.<br><br>Plaintiff, | Case No. 16-cv-05011 (ER) |

-against-

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LIMITED; CREDIT AGRICOLE S.A.; CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; NOMURA INTERNATIONAL PLC; NOMURA HOLDINGS, INC.; NOMURA SECURITIES INTERNATIONAL, INC.; HIREN GUDKA; BHARDEEP SINGH HEER; AMANDEEP SINGH MANKU; and SHAILEN PAU,

Defendants.

| | |
|---|---|
| CITY OF BRISTOL PENSION FUND, on behalf of itself, and, in a representative capacity, on behalf of all those similarly situated, Plaintiff, | Case No. 16-cv-05203 (ER) |

-against-

BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; CREDIT AGRICOLE S.A.; CREDIT AGRICOLE CORPORATE AND INVESTMENT BANK; CREDIT AGRICOLE SECURITIES (USA) INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK SECURITIES INC.; DEUTSCHE BANK AG; NOMURA HOLDINGS, INC.; NOMURA INTERNATIONAL PLC; NOMURA SECURITIES INTERNATIONAL, INC.; HIREN GUDKA; AMANDEEP SINGH

| | |
|---|---|
| MANKU; SHAILEN PAU; BHARDEEP SINGH HEER; JOHN DOE DEFENDANTS NOS. 1-100,<br><br>Defendants. | |
| ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BANK OF AMERICA, N.A; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BANK OF AMERICA MERRILL LYNCH INTERNATIONAL LTD.; CRÉDIT AGRICOLE CORPORATE AND INVESTMENT BANK; CREDIT SUISSE AG; CREDIT SUISSE GROUP AG; CREDIT SUISSE INTERNATIONAL; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC.; NOMURA INTERNATIONAL PLC, NOMURA SECURITIES INTERNATIONAL, INC., HIREN GUDKA; AMANDEEP SINGH MANKU; SHAILEN PAU; and BHARDEEP SINGH HEER,<br><br>Defendants. | Case No. 16-cv-05269 (ER) |
| OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, on behalf of itself, and, in a representative capacity, on behalf of all those similarly situated,<br><br>Plaintiff,<br>-against-<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; CRÉDIT AGRICOLE S.A.; CRÉDIT AGRICOLE CORPORATE AND | Case No. 16-cv-06133 (ER) |

3

| |
|---|
| INVESTMENT BANK; CRÉDIT AGRICOLE SECURITIES (USA) INC.; CREDIT SUISSE SECURITIES (USA) LLC; CREDIT SUISSE GROUP AG; CREDIT SUISSE AG; CREDIT SUISSE INTERNATIONAL; DEUTSCHE BANK SECURITIES, INC.; DEUTSCHE BANK AG; NOMURA HOLDINGS, INC.; NOMURA INTERNATIONAL PLC; NOMURA SECURITIES INTERNATIONAL, INC.; HIREN GUDKA; AMANDEEP SINGH MANKU; SHAILEN PAU; BHARDEEP SINGH HEER; and JOHN DOE DEFENDANTS NOS. 1-100, <br><br>Defendants. |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel on behalf of defendant Nomura Securities International, Inc. in the above-captioned case.

Dated: New York, New York
January 19, 2017

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: */s/ Priyanka Timblo*
Priyanka Timblo
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3934
Fax: (212) 492-0934
ptimblo@paulweiss.com

*Attorney for Nomura Securities International, Inc.*