July 14, 2017

**Via ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

      Re:    *In re SSA Bonds Antitrust Litigation,* Case No. 16-cv-03711 (ER)—
              Request for Oral Argument

Dear Judge Ramos:

      We write on behalf of the twenty-four undersigned defendants (the "Defendants") in the above-referenced action in conformance with Rule 2.D of Your Honor's Individual Practices, to request oral argument on the Defendants' motions to dismiss the Consolidated Class Action Complaint pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure filed on July 14, 2017 and scheduled to be fully briefed by September 26, 2017. Defendants respectfully request that the Court schedule oral argument on the motions at the Court's convenience.

      Respectfully submitted,

| | |
|---|---|
| /s/ Carmine D. Boccuzzi Jr. (on consent) | /s/ Jay B. Kasner (on consent) |
| Carmine D. Boccuzzi Jr. | Jay B. Kasner |
| Martha E. Vega-Gonzalez | Paul M. Eckles |
| Timothy Leech | SKADDEN, ARPS, SLATE, MEAGHER & |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | FLOM LLP |
| One Liberty Plaza | Four Times Square |
| New York, New York 10006 | New York, New York 10036 |
| Telephone: (212) 225- 2508 | Telephone: (212) 735-3000 |
| Fax: (212) 225-3999 | Fax: (212) 735-2000 |
| cboccuzzi@cgsh.com | jay.kasner@skadden.com |
| mvega-gonzalez@cgsh.com | paul.eckles@skadden.com |
| tleech@cgsh.com | |
| | *Attorneys for Defendants Citigroup Inc., Citibank N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Limited* |
| *Attorneys for Defendant BNP Paribas* | |

| | |
|---|---|
| /s/ Lisa J. Fried (on consent) | /s/ David G. Januszewski |
| Lisa J. Fried | Herbert S. Washer |
| Kevin T. Baumann | David G. Januszewski |
| HOGAN LOVELLS US LLP | Elai Katz |
| 875 Third Avenue | Jason M. Hall |
| New York, New York 10022 | Adam S. Mintz |
| Telephone: (212) 918-3000 | CAHILL GORDON & REINDEL LLP |
| Fax: (212) 918-3100 | 80 Pine Street |
| lisa.fried@hoganlovells.com | New York, New York 10005 |
| kevin.baumann@hoganlovells.com | Telephone: (212) 701-3000 |
| | Fax: (212) 269-5420 |
| Benjamin Holt | hwasher@cahill.com |
| HOGAN LOVELLS US LLP | djanuszewski@cahill.com |
| 555 Thirteenth Street, NW | ekatz@cahill.com |
| Washington, DC 20004 | jhall@cahill.com |
| Telephone: (202) 637-8845 | amintz@cahill.com |
| Fax: (202) 637-5910 | |
| benjamin.holt@hoganlovells.com | *Attorneys for Defendants Credit Suisse Group AG, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Securities (Europe) Ltd., and Credit Suisse International* |
| *Attorneys for Defendants Crédit Agricole S.A. and Crédit Agricole Corporate & Investment Bank* | |

/s/ Daniel L. Stein (on consent)
Daniel L. Stein
Jennifer Rosa
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Fax: (212) 262-1910
dstein@mayerbrown.com
jrosa@mayerbrown.com

Andrew S. Marovitz
Britt M. Miller
Robert Entwisle
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Fax: (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank USA, N.A., HSBC Securities (USA) Inc., and HSBC Bank plc*

/s/ John D. Buretta (on consent)
John D. Buretta
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
jburetta@cravath.com

*Attorney for Defendant Nomura International plc*

/s/ Aidan Synnott (on consent)
Aidan Synnott
Priyanka Timblo
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3213
Fax: (212) 492-0213
asynnott@paulweiss.com
ptimblo@paulweiss.com

*Attorneys for Defendants Nomura Securities International, Inc. and Nomura Holdings, Inc.*

/s/ Alexander J. Willscher (on consent)
Alexander J. Willscher
Matthew J. Porpora
Stephen H. O. Clarke
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
willschera@sullcrom.com
porporam@sullcrom.com
clarkest@sullcrom.com

*Attorneys for Defendants Royal Bank of Canada and RBC Europe Limited*

/s/ Joel M. Cohen (on consent)
Joel M. Cohen
James H.R. Windels
Bryan McArdle
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
joel.cohen@davispolk.com
james.windels@davispolk.com
bryan.mcardle@davispolk.com

*Attorneys for Defendants The Toronto-Dominion Bank, TD Bank, N.A., and TD Securities Limited*

  cc:    All Counsel of Record