USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: _11/28/2017_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:

SSA BONDS ANTITRUST LITIGATION

*This Document Relates To All Actions*

1:16-cv-03711-ER

**STIPULATION REGARDING SERVICE, TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND, AND OTHER PRELIMINARY MATTERS AS TO THE NEW DEFENDANTS LISTED IN THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

1.      By stipulation dated August 19, 2016, so ordered by the Court on August 22, 2016 (Dkt. No. 36; the "Stipulation and Consolidation Order"), nine related individual actions alleging a conspiracy to manipulate the prices of sub-sovereign, supranational, and agency ("SSA") bonds were consolidated under this docket and captioned as "*In re SSA Bonds Antitrust Litigation*."

2.      After entry of the Stipulation and Consolidation Order, the following related actions were filed and thereafter consolidated with the nine prior actions as Subsequent Actions under paragraph 3 of the Stipulation and Consolidation Order (the fourteen filed actions, collectively, the "Individual Cases"):

a.      *Louisiana Municipal Police Employees' Retirement System, et al. v. Bank of America Corporation, et al.*, Case No. 16-cv-07991 (S.D.N.Y.), filed on October 12, 2016, consolidated with Lead Action on October 24, 2016 (Dkt. No. 52);

1

b.      *KBC Management NV, et al. v. Bank of America Corporation, et al.*, Case No. 16-cv-8621 (S.D.N.Y.), filed on November 4, 2016, consolidated with Lead Action on November 14, 2016 (Dkt. No. 69);

c.      *City of Riviera Beach Police Officers' Pension Fund, et al. v. Bank of America, N.A., et al*, Case No. 16-cv-9398 (S.D.N.Y.), filed on December 6, 2016, consolidated with Lead Action on December 12, 2016 (Dkt. No. 76); and

d.      *Irving Firemen's Relief and Retirement Fund, et al. v. Bank of America Corporation, et al.*, Case No. 16-cv-9656 (S.D.N.Y.), filed on December 14, 2016, consolidated with Lead Action on December 21, 2016 (Dkt. No. 87).

e.      *The Police Retirement System of St. Louis v. Bank of America Corporation, et. al.*, Case No. 17-cv-298 (S.D.N.Y.), filed on January 13, 2017, consolidated with Lead Action on March 1, 2017 (Dkt. No. 106).

3.      After the filing of the Consolidated Class Action Complaint on April 11, 2017 (Dkt. No. 130), some plaintiffs withdrew on May 10, 2017, namely City of Bristol Pension Fund, Louisiana Municipal Police Employees Retirement System, Oklahoma Police Pension and Retirement System (Dkt. No. 148), and Irving Firemen's Relief and Retirement Fund (Dkt No. 149).

4.      The following parties are listed as Defendants in the Consolidated Amended Class Action Complaint, filed on November 3, 2017 (Dkt. No. 306):

> Bank of America, N.A.
> Bank of America Merrill Lynch International Limited
> Merrill Lynch International
> Merrill Lynch, Pierce, Fenner & Smith Inc.
> Barclays Bank plc
> Barclays Capital Inc.
> Barclays Services Limited
> Barclays Capital Securities Limited

BNP Paribas S.A.
BNP Paribas Securities Corp.
Citigroup Inc.
Citibank N.A.
Citigroup Global Markets Inc.
Citigroup Global Markets Limited
Crédit Agricole Corporate and Investment Bank
Credit Suisse AG
Credit Suisse Securities (USA) LLC
Credit Suisse Securities (Europe) Ltd.
Credit Suisse International
Deutsche Bank AG
Deutsche Bank Securities Inc.
HSBC Securities (USA) Inc.
HSBC Bank plc
Nomura Securities International, Inc.
Nomura International plc
Royal Bank of Canada
RBC Capital Markets, LLC
RBC Europe Limited
The Toronto-Dominion Bank
TD Securities Limited
TD Securities (USA) LLC
Hiren Gudka
Bhardeep Singh Heer
Amandeep Singh Manku
Gary McDonald
Shailen Pau

ACCORDINGLY, IT IS HEREBY STIPULATED THAT:

1.      The undersigned counsel for each Defendant agrees to waive service of process in the consolidated action and each of the Individual Cases comprising this consolidated action, on behalf of his respective client, expressly reserving the right to contest whether any party in this consolidated action is properly named, and without waiver of any defenses, including those related to personal jurisdiction and venue.

2.      The deadlines for all Defendants to answer, move, or otherwise respond to any complaint in this consolidated action are stayed as provided in all prior stipulations and orders, to

the extent that such deadlines presently exist or may come to exist following the execution of this

Stipulation. The stay shall be without prejudice to any party's right to seek relief from the stay.

3.      The following schedule shall apply to all Defendants:

a.      Defendants will file any motion(s) to dismiss by December 12, 2017.

b.      Plaintiffs must file any opposition to motion(s) to dismiss by January 31,

2018.

c.      Defendants will file their reply (or replies) to Plaintiffs' opposition by

March 2, 2018.

d.      Nothing in this stipulation is intended to curtail the rights under the

Federal Rules that might otherwise exist absent this agreement.

DATED:   New York, New York
         November 22, 2017

ROBBINS GELLER RUDMAN  &
DOWD LLP

By: _____ w/ permission
David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423
davidm@rgrdlaw.com
bomara@rgrdlaw.com
cmedici@rgrdlaw.com

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: _____ w/ permission
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com

Jeremy D. Andersen (*pro hac vice*)
Adam B. Wolfson
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

DATED:   New York, New York
           November 22, 2017

                               **PAUL HASTINGS LLP**

                               By: _____ /D.M.
                               Barry G. Sher
                               Anthony Antonelli
                               200 Park Avenue
                               New York, NY 10166
                               Telephone: (212) 318-6000
                               Fax: (212) 230-7716
                               barrysher@paulhastings.com
                               anthonyantonelli@paulhastings.com

*Counsel for Barclays Bank plc, Barclays Capital Inc., Barclays Services Limited, and Barclays Capital Securities Limited*

DATED:   New York, New York
           November 22, 2017

                               **CLEARY GOTTLIEB STEEN &**
                               **HAMILTON LLP**

                               By: _____
                               Carmine D. Boccuzzi Jr.
                               Martha E. Vega-Gonzalez
                               Timothy Thomas Leech
                               One Liberty Plaza
                               New York, NY 10006
                               Telephone: (212) 225-2508
                               Fax: (212) 225-3999
                               cboccuzzi@cgsh.com
                               mvega-gonzalez@cgsh.com
                               tleech@cgsh.com

*Counsel for BNP Paribas and BNP Paribas Securities Corp.*

DATED:   New York, New York
         November [●], 2017

                         PAUL HASTINGS LLP

                         By: _____
                         Barry G. Sher
                         Anthony Antonelli
                         200 Park Avenue
                         New York, NY 10166
                         Telephone: (212) 318-6000
                         Fax: (212) 230-7716
                         barrysher@paulhastings.com
                         anthonyantonelli@paulhastings.com

*Counsel for Barclays Bank plc, Barclays Capital Inc., Barclays Services Limited, and Barclays Capital Securities Limited*

DATED:   New York, New York
         November 22, 2017

                         CLEARY GOTTLIEB STEEN &
                         HAMILTON LLP

                         By: *Carmine Boccuzzi* / MV
                         Carmine D. Boccuzzi Jr.
                         Martha E. Vega-Gonzalez
                         Timothy Thomas Leech One Liberty Plaza
                         New York, NY 10006
                         Telephone: (212) 225-2508
                         Fax: (212) 225-3999
                         cboccuzzi@cgsh.com
                         mvega-gonzalez@cgsh.com
                         tleech@cgsh.com

*Counsel for BNP Paribas and BNP Paribas Securities Corp.*

DATED:   New York, New York
         November 22, 2017

SULLIVAN & CROMWELL LLP

By: _____

Alexander J. Willscher
Matthew J. Porpora
Stephen H. O. Clarke
Wen-Ying Angela Chang
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
willschera@sullcrom.com
porporam@sullcrom.com
clarkest@sullcrom.com
changw@sullcrom.com

*Counsel for Royal Bank of Canada, RBC Capital Markets, LLC, and RBC Europe Limited*

DATED:   New York, New York
         November 22, 2017

DAVIS POLK & WARDELL LLP

By: _____

Joel M. Cohen
James H.R. Windels
Bryan McArdle
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
joel.cohen@davispolk.com
james.windels@davispolk.com
bryan.mcardle@davispolk.com

*Counsel for The Toronto-Dominion Bank, TD Securities Limited, and TD Securities (USA) LLC*

DATED:   New York, New York
         November [●], 2017

                    **SULLIVAN & CROMWELL LLP**

                    By: _____
                    Alexander J. Willscher
                    Matthew J. Porpora
                    Stephen H. O. Clarke
                    Wen-Ying Angela Chang
                    125 Broad Street
                    New York, NY 10004
                    Telephone: (212) 558-4000
                    Fax: (212) 558-3588
                    willschera@sullcrom.com
                    porporam@sullcrom.com
                    clarkest@sullcrom.com
                    changw@sullcrom.com

*Counsel for Royal Bank of Canada, RBC Capital Markets, LLC, and RBC Europe Limited*

DATED:   New York, New York
         November 22, 2017

                    **DAVIS POLK & WARDWELL LLP**

                    By: *[signature]*
                    Joel M. Cohen
                    James H.R. Windels
                    Bryan McArdle
                    450 Lexington Avenue
                    New York, NY 10017
                    Telephone: (212) 450-4000
                    Fax: (212) 701-5800
                    joel.cohen@davispolk.com
                    james.windels@davispolk.com
                    bryan.mcardle@davispolk.com

*Counsel for The Toronto-Dominion Bank, TD Securities Limited, and TD Securities
(USA) LLC*

7

IT IS SO ORDERED.

DATED: November 28, 2017

_____
Hon. Edgardo Ramos
United States District Judge