**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>SSA BONDS ANTITRUST LITIGATION<br><br>*This Document Relates To All Actions* | 1:16-cv-03711-ER<br><br>**NOTICE OF DEFENDANTS'**<br>**MOTIONS TO DISMISS THE**<br>**CONSOLIDATED AMENDED**<br>**CLASS ACTION COMPLAINT**<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that the undersigned, attorneys for defendants Barclays Bank PLC, Barclays Capital Inc., Barclays Services Limited, Barclays Capital Securities Limited, BNP Paribas, BNP Paribas Securities Corp., Citigroup Inc., Citibank N.A., Citigroup Global Markets Inc., Citigroup Global Markets Limited, Crédit Agricole Corporate & Investment Bank, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Securities (Europe) Ltd., Credit Suisse International, HSBC Securities (USA) Inc., HSBC Bank plc, Nomura International plc, Nomura Securities International, Inc., Royal Bank of Canada, RBC Capital Markets, LLC, RBC Europe Limited, The Toronto-Dominion Bank, TD Securities Limited, and TD Securities (USA) LLC (together, the "Defendants"), in the above-referenced matter, will move the Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be determined by this Court, for an order pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice, in whole or in part, the claims asserted in the Consolidated Amended Class Action Complaint (the "Complaint").

The grounds for these motions are that the Complaint should be dismissed for lack of personal jurisdiction as to certain Defendants,[1] for lack of venue as to certain Defendants,[2] and for failure to state a claim upon which relief can be granted and lack of subject matter jurisdiction as to all Defendants. The specific grounds for Defendants' motions to dismiss are set forth in the: (1) Memorandum of Law in Support of Dealer Defendants' Motion to Dismiss the

---

[1] Those Defendants are: Barclays Bank PLC, Barclays Capital Securities Limited, Barclays Services Limited, BNP Paribas, Citigroup Global Markets Limited, Crédit Agricole Corporate & Investment Bank, Credit Suisse AG, Credit Suisse International, Credit Suisse Securities (Europe) Ltd., HSBC Bank plc, Nomura International plc, Royal Bank of Canada, RBC Europe Limited, The Toronto-Dominion Bank, and TD Securities Limited.

[2] Those Defendants are: Barclays Capital Securities Limited, Barclays Services Limited, Credit Suisse International, Credit Suisse Securities (Europe) Ltd., HSBC Bank plc, Nomura International plc, and TD Securities Limited.

Consolidated Amended Class Action Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim[3]; (2) Supplemental Memorandum of Law in Support of the Barclays' Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint for Failure to State a Claim; (3) Supplemental Memorandum of Law in Support of the Citi Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint for Failure to State a Claim and the accompanying Declaration of Paul M. Eckles and Exhibits 1 and 2 thereto; (4) Crédit Agricole Corporate & Investment Bank's Supplemental Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint; (5) Supplemental Memorandum of Law in Support of the Credit Suisse Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint for Failure to State a Claim; (6) Supplemental Memorandum of Law in Support of the HSBC Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint; (7) Supplemental Memorandum of Law in Support of Nomura International plc's Motion to Dismiss the Consolidated Amended Class Action Complaint; (8) Supplemental Memorandum of Law in Support of Nomura Securities International, Inc.'s Motion to Dismiss the Consolidated Amended Class Action Complaint; (9) Royal Bank of Canada, RBC Capital Markets, LLC, and RBC Europe Limited's Supplemental Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint; (10) Supplemental Memorandum of Law of the TD Entities in Support of Their Motion to Dismiss the Consolidated Amended Class Action Complaint; and (11) Memorandum of Law in Support of Foreign Dealer Defendants' Motion to Dismiss the

---

[3] Defendants adopt Plaintiffs' defined term "Dealer Defendants" for convenience for purposes of these motions only.

Consolidated Amended Class Action Complaint for Lack of Personal Jurisdiction and Improper Venue, Appendix 1 thereto, and the following accompanying declarations:

    (a)  Declaration of David G. Januszewski, dated December 12, 2017, and Exhibits 1 to 11 thereto;

    (b)  Declaration of Hannah Ellwood (Barclays Bank PLC), dated December 12, 2017;

    (c)  Declaration of Victoria E.C. Hardy (Barclays Capital Securities Limited), dated December 12, 2017;

    (d)  Declaration of Hannah Ellwood (Barclays Services Limited), dated December 12, 2017;

    (e)  Declaration of Stephanie Gyetvan (BNP Paribas), dated December 12, 2017;

    (f)  Declaration of Thomas Reich, dated December 11, 2017;

    (g)  Supplemental Declaration of Gene Kim (Crédit Agricole Corporate & Investment Bank), dated December 11, 2017;

    (h)  Declaration of David Quest (HSBC Bank plc), dated December 8, 2017;

    (i)  Declaration of Nicola Black (HSBC Bank plc), dated December 11, 2017; and

    (j)  Supplemental Declaration of Daisy Le Vay (Nomura International plc), dated December 12, 2017.

PLEASE TAKE FURTHER NOTICE that movants request oral argument of these motions.

Dated:  December 12, 2017
         New York, New York

3

/s/ Barry Sher
Barry Sher
Anthony Antonelli
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6085
Fax: (212) 230-5185
barrysher@paulhastings.com
anthonyantonelli@paulhastings.com

*Attorneys for Defendants Barclays Bank PLC, Barclays Capital Inc., Barclays Services Limited, and Barclays Capital Securities Limited*

/s/ Carmine D. Boccuzzi Jr.
Carmine D. Boccuzzi Jr.
Martha E. Vega-Gonzalez
Timothy Thomas Leech
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225- 2508
Fax: (212) 225-3999
cboccuzzi@cgsh.com
mvega-gonzalez@cgsh.com
tleech@cgsh.com

*Attorneys for Defendants BNP Paribas and BNP Paribas Securities Corp.*

/s/ Jay B. Kasner
Jay B. Kasner
Paul M. Eckles
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
paul.eckles@skadden.com

*Attorneys for Defendants Citigroup Inc., Citibank N.A., Citigroup Global Markets Inc., and Citigroup Global Markets Limited*

/s/ Lisa J. Fried
Lisa J. Fried
Kevin T. Baumann
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100
lisa.fried@hoganlovells.com
kevin.baumann@hoganlovells.com

Benjamin Holt
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-8845
Fax: (202) 637-5910
benjamin.holt@hoganlovells.com

*Attorneys for Defendant Crédit Agricole Corporate & Investment Bank*

/s/ David G. Januszewski
Herbert S. Washer
David G. Januszewski
Elai Katz
Jason M. Hall
Sheila C. Ramesh
Adam S. Mintz
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Fax: (212) 269-5420
hwasher@cahill.com
djanuszewski@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com
amintz@cahill.com

*Attorneys for Defendants Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Securities (Europe) Ltd., and Credit Suisse International*

/s/ Daniel L. Stein
Daniel L. Stein
Jennifer Rosa
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Fax: (212) 262-1910
dstein@mayerbrown.com
jrosa@mayerbrown.com

Andrew S. Marovitz
Britt M. Miller
Robert Entwisle
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Fax: (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

*Attorneys for Defendants HSBC Securities (USA) Inc. and HSBC Bank plc*

/s/ John D. Buretta
John D. Buretta
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Fax: (212) 474-3700
jburetta@cravath.com

*Attorneys for Defendant Nomura International plc*

/s/ Aidan Synnott
Aidan Synnott
Kristen-Elise F. DePizzo
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3213
Fax: (212) 492-0213
asynnott@paulweiss.com
kdepizzo@paulweiss.com

*Attorneys for Defendant Nomura Securities International, Inc.*

| | |
|---|---|
| /s/ Alexander J. Willscher | /s/ Joel M. Cohen |
| Alexander J. Willscher | Joel M. Cohen |
| Matthew J. Porpora | James H.R. Windels |
| Stephen H. O. Clarke | Bryan McArdle |
| SULLIVAN & CROMWELL LLP | DAVIS POLK & WARDWELL LLP |
| 125 Broad Street | 450 Lexington Avenue |
| New York, New York 10004 | New York, New York 10017 |
| Telephone: (212) 558-4000 | Telephone: (212) 450-4000 |
| Fax: (212) 558-3588 | Fax: (212) 701-5800 |
| willschera@sullcrom.com | joel.cohen@davispolk.com |
| porporam@sullcrom.com | james.windels@davispolk.com |
| clarkest@sullcrom.com | bryan.mcardle@davispolk.com |

*Attorneys for Defendants Royal Bank of Canada, RBC Capital Markets, LLC, and RBC Europe Limited*

*Attorneys for Defendants The Toronto-Dominion Bank, TD Securities Limited, and TD Securities (USA) LLC*