# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>SSA BONDS ANTITRUST LITIGATION<br><br>*This Document Relates To All Actions* | 1:16-cv-03711-ER<br><br>ORAL ARGUMENT REQUESTED<br><br>**DEFENDANT GARY McDONALD'S NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that Defendant Gary McDonald, upon the accompanying Memorandum of Law, Declaration of Gary McDonald, and Declaration of Kevin Roberts, as well as Defendants' Motion to Dismiss For Lack of Subject Matter Jurisdiction and Failure to State a Claim and its accompanying memorandum of law, by and through his undersigned attorneys at Morrison & Foerster LLP, hereby moves this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and at a time designated by the Court, for an order, pursuant to Rules 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice the Consolidated Amended Class Action Complaint (ECF No. 306) in this action in its entirety for lack of subject matter jurisdiction, lack of personal jurisdiction, and failure to state a claim upon which relief can be granted.

ny-1290048

Dated: December 12, 2017
New York, New York

        MORRISON & FOERSTER LLP

        */s/ Adam J. Hunt*
        Bradley S. Lui (*pro hac vice*)
        2000 Pennsylvania Avenue, NW
        Washington, D.C. 20006
        Telephone: (202) 887-1500
        Facsimile: (202) 887-0763
        Email: BLui@mofo.com

        Adam J. Hunt
        250 West 55th Street
        New York, New York 10019
        Telephone: (212) 468-8000
        Facsimile: (212) 468-7900
        Email: AdamHunt@mofo.com

        *Attorneys for Defendant Gary McDonald*

2

ny-1290048

# CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2017, I caused to be served a true and correct copy of Defendant Gary McDonald's Notice of Motion to Dismiss the Consolidated Amended Class Action Complaint via ECF on counsel of record for Plaintiffs.


Dated:  New York, New York
           December 12, 2017

                                              */s/ Adam J. Hunt*
                                              Adam J. Hunt

3
ny-1290048