UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

SSA BONDS ANTITRUST LITIGATION

*This Document Relates To All Actions*

1:16-cv-03711-ER

ORAL ARGUMENT REQUESTED

**NOTICE OF DEFENDANT HIREN GUDKA'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendant Hiren Gudka's Motion to Dismiss the Consolidated Amended Class Action Complaint for Lack of Personal Jurisdiction, Defendant Hiren Gudka moves this Court, before the Honorable Edgardo Ramos, at the Thurgood Marshall United States Court House, 40 Foley Square, New York, NY 10007, for an order pursuant to Federal Rule of Civil Procedure 12(b)(2), to dismiss with prejudice the Consolidated Amended Class Action Complaint for lack of personal jurisdiction.

PLEASE TAKE FURTHER NOTICE that, upon the Memorandum of Law in Support of Dealer Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim, Mr. Gudka moves this Court for an order pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss with prejudice the Consolidated Amended Class Action Complaint for lack of subject matter jurisdiction and for failure to state a claim.

PLEASE TAKE FURTHER NOTICE that, pursuant to the so-ordered stipulation

entered into by Plaintiffs and Defendant Mr. Gudka, and the Court's Order, dated November 3, 2017 (Dkt. No. 305), Plaintiffs shall serve any papers in opposition on or before January 31, 2018, and Mr. Gudka shall serve any reply no later than March 2, 2018.

Dated: December 12, 2017
New York, New York

                                            WILLKIE FARR & GALLAGHER LLP

                                            By: /s/ Wesley R. Powell
                                                   Wesley R. Powell

                                            787 Seventh Avenue
                                            New York, New York 10019
                                            (212) 728-8264
                                            wpowell@willkie.com

                                            Katherine Doty Hanniford
                                            1875 K Street, N.W.
                                            Washington, D.C. 20006
                                            (202) 303-1157
                                            khanniford@willkie.com

                                            *Attorneys for Hiren Gudka*

TO:

ROBBINS GELLER RUDMAN & DOWD LLP

Samuel H. Rudman
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Fax: (631) 367-1173
srudman@rgrdlaw.com

David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
Steven M Jodlowski
Patrick Joseph Coughlin
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423
davidm@rgrdlaw.com
bomara@rgrdlaw.com
cmedici@rgrdlaw.com
sjodlowski@rgrdlaw.com
patc@rgrdlaw.com

Interim Co-Lead Class Counsel

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Thomas J. Lepri
Christopher Mun-Yin Seck
Thomas Popejoy
51 Madison Avenue, 22nd floor
New York, NY 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com
christopherseck@quinnemanuel.com
thomaspopejoy@quinnemanuel.com

Jeremy Daniel Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th Flr.
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

Interim Co-Lead Class Counsel

SHEARMAN & STERLING LLP

Adam S. Hakki
Richard F. Schwed
Jeffrey J. Resetarits
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Fax: (212) 848-7179
ahakki@shearman.com
rschwed@shearman.com
jeffrey.resetarits@shearman.com

Attorneys for Bank of America, N.A., Bank of America Merrill Lynch International Limited, Merrill Lynch International, and Merrill Lynch, Pierce, Fenner & Smith Incorporated

PAUL HASTINGS LLC

Barry G. Sher
Anthony Antonelli
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Fax: (212) 319-4090
barrysher@paulhastings.com
anthonyantonelli@paulhastings.com

Attorneys for Barclays Bank plc, Barclays Capital Inc., Barclays Services Limited, and Barclays Capital Services Limited

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Carmine D. Boccuzzi Jr.
Martha E. Vega-Gonzalez

- 5 -

Timothy T. Leech
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2508
Fax: (212) 225-3999
cboccuzzi@cgsh.com
mvega-gonzalez@cgsh.com
tleech@cgsh.com

Attorneys for BNP Paribas S.A. and BNP Paribas Securities Corp.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Jay B. Kasner
Paul M. Eckles
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
paul.eckles@skadden.com

Attorneys for Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc., and Citigroup Global Markets Inc.

HOGAN LOVELLS US LLP

Lisa J. Fried
Kevin T. Baumann
Benjamin Frederick Holt
Garima Malhotra
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100
lisa.fried@hoganlovells.com
kevin.baumann@hoganlovells.com
benjamin.holt@hoganlovells.com
gmalhotra@hoganlovells.com

Attorneys for Crédit Agricole Corporate and Investment Bank

CAHILL GORDON & REINDEL LLP

Herbert S. Washer
David G. Januszewski

Elai Katz
Jason M. Hall
Sheila C. Ramesh
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Fax: (212) 269-5420
hwasher@cahill.com
djanuszewski@cahill.com
ekatz@cahill.com
jhall@cahill.com
sramesh@cahill.com

Attorneys for Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Securities (Europe) Ltd., and Credit Suisse International

SIMPSON THACHER & BARTLETT LLP

John Terzaken
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: (202) 683-3999
Fax: (202) 636-5502
john.terzaken@stblaw.com

Attorneys for Deutsche Bank AG and Deutsche Bank Securities Inc.

MAYER BROWN LLP

Andrew S. Marovitz
Britt M. Miller
Robert Entwisle
71 S. Wacker Drive
Chicago, IL  60606
Telephone: (312) 782-0600
Fax: (312) 701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

Daniel L. Stein
Jennifer M. Rosa
1221 Avenue of the Americas, 14th Floor
New York, NY 10020-1001
Telephone: (212) 506-2500
Fax: (212) 262-1910

dstein@mayerbrown.com
jrosa@mayerbrown.com

Attorneys for HSBC Securities (USA) Inc. and HSBC Bank plc

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Aidan Synnott
Priyanka Timblo
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
asynnott@paulweiss.com
ptimblo@paulweiss.com

Attorneys for Nomura Securities International, Inc.

CRAVATH, SWAINE, & MOORE LLP

John D. Buretta
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1260
Fax: (212) 474-3700
jburetta@cravath.com

Attorneys for Nomura International plc

SULLIVAN & CROMWELL LLP

Alexander J. Willscher
Matthew J. Porpora
Stephen H. O. Clarke
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Fax: (212) 558-3588
willschera@sullcrom.com
porporam@sullcrom.com
clarkest@sullcrom.com

Attorneys for Royal Bank of Canada, RBC Capital Markets LLC, and RBC Europe Limited

DAVIS POLK & WARDWELL LLP

Joel M. Cohen
James H.R. Windels
Bryan McArdle
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
joel.cohen@davispolk.com
james.windels@davispolk.com
bryan.mcardle@davispolk.com

Attorneys for The Toronto-Dominion Bank, TD Securities (USA) LLC, and TD Securities Limited

GOODWIN PROCTER LLP

Derek A. Cohen
Lauren A. Bowman
William J. Harrington
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: 212 459-7060
dcohen@goodwinlaw.com
lbowman@goodwinlaw.com
wharrington@goowinlaw.com

Attorneys for Bhardeep Singh Heer

KOBRE & KIM LLP

David H. McGill
Clinton Dockery
Roger Anson Burlingame
800 Third Ave
New York, NY 10022
Telephone: 212-488-1214
david.mcgill@kobrekim.com
clinton.dockery@kobrekim.com
roger.burlingame@kobrekim.co.uk

Attorneys for Amandeep Singh Manku

MORRISON & FOERSTER

- 9 -

Bradley S. Lui
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 887-8766
Fax: (202) 887-0763
blui@mofo.com

Adam J. Hunt
250 West 55th Street
New York, New York 10019
Telephone: (212) 468.8000
Fax: (212) 468-7900
adamhunt@mofo.com

Attorneys for Gary McDonald

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.

Richard F. Albert
Judith L. Mogul
Ashley Christine Burns
Nicole L. Buseman
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 880-9560
ralbert@maglaw.com
jmogul@maglaw.com
aburns@maglaw.com
nbusement@maglaw.com

Attorneys for Shailen Pau