quinn emanuel trial lawyers | new york



WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

March 1, 2018

<u>**VIA ECF**</u>

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re:     *In re SSA Bonds Antitrust Litigation*, No. 1:16 cv 03711 (ER)

Dear Judge Ramos:

    We write as Co-Lead Interim Class Counsel to respectfully submit the attached stipulation dismissing without prejudice Defendant TD Securities Limited.  This stipulation is the result of negotiations referenced in Plaintiffs' memorandum in opposition to various Defendants' motions to dismiss for lack of personal jurisdiction and venue.  *See* Dkt. 425 at 21.  It was submitted to the Clerk concurrently with the filing of this letter.

Respectfully submitted,


/s/ David W. Mitchell
_____
David W. Mitchell

ROBBINS GELLER RUDMAN  &
   DOWD LLP

/s/ Daniel L. Brockett
_____
Daniel L. Brockett

QUINN EMANUEL URQUHART &
   SULLIVAN, LLP

Cc: All counsel of record

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH