USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 3/5/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>SSA BONDS ANTITRUST LITIGATION<br><br>*This Document Relates To All Actions* | 1:16-cv-03711-ER |

**STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF CLAIMS, WITHOUT PREJUDICE, AGAINST TD SECURITIES LIMITED**

WHEREAS, on December 22, 2016, the Court appointed Quinn Emanuel Urquhart & Sullivan, LLP and Robbins Geller Rudman & Dowd LLP as Interim Co-Lead Counsel for Plaintiffs in this consolidated action (Dkt. No. 88);

WHEREAS, on November 3, 2017, the Court ordered that Interim Co-Lead Counsel for Plaintiffs file a Consolidated Amended Class Action Complaint (Dkt. No. 305);

WHEREAS, on November 3, 2017, Sheet Metal Workers Pension Plan of Northern California, and Iron Workers Pension Plan of Western Pennsylvania ("Named Plaintiffs") filed a public version of their Consolidated Amended Class Action Complaint (Dkt. No. 306);

WHEREAS, Defendant TD Securities Limited ("TDSL"), based on a reasonably diligent inquiry into its business and practices from January 1, 2005 to the present, represents:

TDSL has never transacted in supranational, sovereign, and agency ("SSA") bonds;

TDSL has never had a desk or unit responsible for transacting in SSA bonds;

TDSL has never employed any SSA bond trader or salesperson;

1

Cas

TDSL has never played a role in the marketing, pricing, or execution of SSA bonds, even on transactions carried out or booked through other entities; and

None of TDSL's employees or agents, while acting in such capacity, ever transacted in SSA bonds or played any role in the marketing, pricing, sale or acquisition of SSA bonds.

NOW, THEREFORE, ON THE BASIS OF THE FOREGOING REPRESENTATIONS, IT IS HEREBY STIPULATED AND AGREED:

1. That the above-captioned action, *In re SSA Bonds Antitrust Litigation*, No. 16-cv-3711 (ER), is, as to only TD Securities Limited, dismissed without prejudice and without costs to any party as against any other party.

2. The dismissal is without prejudice. Should discovery lead to facts providing a basis for joining TD Securities Limited back into the case, the parties agree that any statute of limitation, statute of repose, or any other time-related defense or claim shall be tolled as to TD Securities Limited from the date of this stipulation until the date that such discovery was received by Plaintiffs.

IT IS SO ORDERED.

DATED: March 5, 2018

_____
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

_(signature)_
David W. Mitchell
Brian O. O'Mara
Carmen A. Medici
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
davidm@rgrdlaw.com
bomara@rgrdlaw.com
cmedici@rgrdlaw.com

*Interim Co-lead Counsel*

_(signature)_
Daniel L. Brockett
Sascha N. Rand
Steig D. Olson
Jeremy D. Andersen
Thomas J. Lepri
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010
Telephone: 212/849-7000
212/849-7100 (fax)
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
jeremyandersen@quinnemanuel.com
thomaslepri@quinnemanuel.com

*Interim Co-lead Counsel*

_(signature)_
Joel M. Cohen
James H.R. Windels
Bryan McArdle
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Fax: (212) 701-5800
joel.cohen@davispolk.com
james.windels@davispolk.com
bryan.mcardle@davispolk.com

*Attorneys for Defendant TD Securities Limited*

3