UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SSA BONDS ANTITRUST LITIGATION | 16 Civ. 3711 (ER) <br><br> ECF Case |
| THIS DOCMENT RELATES TO: <br><br> *City of Atlanta Firefighters Pension Fund v. Bank of America, N.A., et al.,* <br><br> Case No. 16-cv-4151 (ER) | |
| *Louisiana Sheriffs' Pension & Relief Fund v. Bank of America, N.A., et al.,* <br><br> Case No. 16-cv-4485 (ER) | |
| *Painters and Allied Trades District Council No. 35 Pension Fund v. Bank of America, N.A., et al.,* <br><br> Case No. 16-cv-5755 (ER) | |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL BLAIR A. NICHOLAS</u>**

**PLEASE TAKE NOTICE** that the appearance of Blair A. Nicholas, an attorney admitted *pro hac vice*, is hereby withdrawn in the above-captioned actions. Plaintiffs respectfully request that the Clerk of the Court discontinue electronic notifications to his email address. Withdrawal is sought as Mr. Nicholas is no longer associated with Bernstein Litowitz Berger & Grossmann LLP.

Dated: September 13, 2018 Respectfully submitted,

*/s/ David R. Kaplan*
DAVID R. KAPLAN

David R. Kaplan
BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
davidk@blbglaw.com

*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2018, I caused the foregoing to be filed with the Clerk of Court and served upon all counsel of record via the CM/ECF system.

*/s/ David R. Kaplan*

David R. Kaplan