## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>SSA BONDS ANTITRUST LITIGATION | 1:16-cv-03711-ER<br><br>**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT WITH HSBC** |

PLEASE TAKE NOTICE that, upon the filing of the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement Agreement with HSBC Securities (USA) Inc. and HSBC Bank plc (collectively, "HSBC"), as well as all papers and pleadings submitted therewith, Plaintiffs, through their undersigned counsel, hereby move this Court for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure:

(1) preliminarily approving the Settlement[1] set forth in the Stipulations and Agreements of Settlement with HSBC;

(2) preliminarily certifying the following Settlement Class for purposes of settlement only:

> All persons or entities who, from January 1, 2009 to the date of the Preliminary Approval Order, entered into an SSA bond transaction with a Defendant; a direct or indirect parent, subsidiary, affiliate, or division of a Defendant; a Released Party; or an alleged co-conspirator, where such Persons were either domiciled in the United States or its territories or, if domiciled outside of the United States or its territories, entered into an SSA bond transaction in the United States or its territories or that otherwise involved United States trade or commerce.  Excluded from the Settlement Class are Defendants, their co-conspirators identified herein, and their officers, directors, management, employees, current subsidiaries or affiliates, and all federal governmental entities; provided, however, that Investment Vehicles shall not be excluded from the definition of the Settlement Class;

(3) preliminarily appointing Robbins Geller Rudman & Dowd LLP and Quinn Emanuel Urquhart & Sullivan, LLP ("Lead Counsel") as class counsel for the Settlement Class for purposes of settlement only;

(4) preliminarily appointing Plaintiffs Alaska Department of Revenue, Treasury Division, Alaska Permanent Fund Corporation, and Iron Workers Pension Plan of Western Pennsylvania as class representatives for the Settlement Class for purposes of settlement only;

(5) staying certain proceedings in the Action and other actions alleging any claims released by the Settlement Agreements with respect to Released Parties; and

---

[1]  Unless otherwise defined herein, all other capitalized terms have the same meaning as set forth in the Settlement Agreement with HSBC.

1

(6) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

DATED: New York, New York
January 9, 2019

| | |
|---|---|
| **ROBBINS GELLER RUDMAN & DOWD LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: /s/ David W. Mitchell_____ | By: /s/ Daniel L. Brockett_____ |
| David W. Mitchell<br>Brian O. O'Mara<br>Carmen A. Medici<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Fax: (619) 231-7423<br>davidm@rgrdlaw.com<br>bomara@rgrdlaw.com<br>cmedici@rgrdlaw.com | Daniel L. Brockett<br>Sascha N. Rand<br>Steig D. Olson<br>Thomas J. Lepri<br>Christopher M. Seck<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Fax: (212) 849-7100<br>danbrockett@quinnemanuel.com<br>sascharand@quinnemanuel.com<br>steigolson@quinnemanuel.com<br>thomaslepri@quinnemanuel.com<br>christopherseck@quinnemanuel.com |
| Samuel H. Rudman<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: (631) 367-7100<br>Fax: (631) 367-1173<br>srudman@rgrdlaw.com | Jeremy D. Andersen<br>Adam B. Wolfson<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100<br>jeremyandersen@quinnemanuel.com<br>adamwolfson@quinnemanuel.com |
| | *Interim Co-Lead Class Counsel and Counsel for Plaintiffs Alaska Department of Revenue, Treasury Division, Alaska Permanent Fund Corporation, and Iron Workers Pension Plan of Western Pennsylvania and the Proposed Class* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

     /s/ Daniel L. Brockett
Daniel L. Brockett
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone: 212-849-7000
Facsimile:  212-849-7100
danbrockett@quinnemanuel.com