MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

March 13, 2019

Writer's Direct Contact
+1 (212) 336.4341
AdamHunt@mofo.com

Via ECF

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse 40 Foley Square
New York, NY 10007

Re:   *In re: SSA Bonds Antitrust Litig.*, No. 1:16-cv-03711

Dear Judge Ramos:

I am writing on behalf of Defendant Gary McDonald in the above-captioned action pursuant to Rule 2.D of the Court's Individual Practices to request oral argument on Mr. McDonald's Motion to Dismiss the Second Consolidated Amended Class Action Complaint (ECF Nos. 533, 534), which is now fully briefed.  Mr. McDonald respectfully requests that the Court schedule oral argument at the Court's convenience.

Sincerely,

*/s/ Adam J. Hunt*

Adam J. Hunt

ny-1320006