UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SSA BONDS ANTITRUST LITIGATION<br><br>This Document Relates To: All Class Actions | 1:16-cv-03711-ER<br><br>**NOTICE OF UNOPPOSED MOTION FOR ENTRY OF PARTIAL FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and all prior proceedings, pleadings, and papers filed herein, Plaintiffs, by and through their undersigned counsel, moves this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for the entry of partial final judgment as to the 26 Defendants dismissed by the Court's dismissal orders dated September 20, 2019 (Dkt. 627) and March 18, 2020 (Dkt. 638), including its finding that there is no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

DATED:  New York, New York
        April 21, 2020

| ROBBINS GELLER RUDMAN & DOWD LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ David W. Mitchell*<br>David W. Mitchell<br>Brian O. O'Mara<br>Ashley M. Kelly<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101 | By: */s/ Daniel L. Brockett*<br>Daniel L. Brockett<br>Sascha N. Rand<br>Steig D. Olson<br>Thomas J. Lepri<br>Christopher M. Seck |

Telephone: (619) 231-1058
Fax: (619) 231-7423
davidm@rgrdlaw.com
bomara@rgrdlaw.com
akelly@rgrdlaw.com

51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
danbrockett@quinnemanuel.com
sascharand@quinnemanuel.com
steigolson@quinnemanuel.com
thomaslepri@quinnemanuel.com
christopherseck@quinnemanuel.com

Jeremy D. Andersen
Adam B. Wolfson
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
jeremyandersen@quinnemanuel.com
adamwolfson@quinnemanuel.com

Counsel for Plaintiffs and the Proposed Class

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2020, I filed a copy of the foregoing document to be filed in the United States District Court for the Southern District of New York using the ECF electronic filing system, which automatically notifies counsel for all parties of the filing.

*/s/ Daniel L. Brockett*____
Daniel L. Brockett
