UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SSA BONDS ANTITRUST LITIGATION<br><br>This Document Relates To: All Class Actions | **ORDER**<br><br>16-CV-3711 (ER) |

RAMOS, D.J.

    On April 21, 2020, Plaintiffs Alaska Department of Revenue, Treasury Division, Alaska Permanent Fund Corporation, and Iron Workers Pension Plan of Western Pennsylvania (collectively "Plaintiffs"), moved for entry of partial final judgment on the Court's September 30, 2019 Opinion and Order and the Court's March 18, 2020 Opinion and Order.  Docs. 627, 638, 639.  The Court directs that any Defendant having objections to Plaintiffs' proposed order granting that motion, Doc. 641, submit such objections no later than the end of day on Tuesday, April 28, 2020.

    It is SO ORDERED.

Dated:  April 22, 2020
           New York, New York

                                                                                             Edgardo Ramos, U.S.D.J.