**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE:

SSA BONDS ANTITRUST LITIGATIONA

This Documents Relates To: All Class Actions

16 **CIVIL** 3711 (ER)

**RULE 54(b) JUDGMENT**

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 4, 2020, Plaintiffs' Unopposed Motion for Entry of Partial Final Judgment Pursuant to Fed. R. Civ. P. 54(b) is granted; that the Court previously entered orders dismissing all claims against the Non-Settling Defendants from this action, with prejudice (ECF No. 627 and ECF No. 638); the Court finds that the requirements of Fed. R. Civ. P. 54(b) are met, and there is no just reason to delay entry of partial final judgment against the Non-Settling Defendants; accordingly, Final Judgment is hereby entered against the following Defendants: Barclays Bank PLC, Barclays Capital Inc., Barclays Services Limited, Barclays Capital Securities Limited, BNP Paribas, BNP Paribas Securities Corp., Citigroup Inc., Citibank N.A., Citigroup Global Markets Inc., Citigroup Global Markets Limited, Crédit Agricole Corporate & Investment Bank, Credit Suisse AG, Credit Suisse Securities (USA) LLC, Credit Suisse Securities (Europe) Ltd., Credit Suisse International, Nomura International plc, Nomura Securities International, Inc., Royal Bank of Canada, RBC Capital Markets, LLC, RBC Europe Limited, The Toronto-Dominion Bank, TD Securities (USA) LLC, Gary McDonald, Amandeep Singh Manku, Shailen Pau, and Bhardeep Heer.

**Dated:** New York, New York
       May 8, 2020

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY:
_____
**Deputy Clerk**