UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SSA BONDS ANTITRUST LITIGATION<br><br>This Document Relates To: All Class Actions | **ORDER**<br><br>16 CIV. 3711 (ER) |

RAMOS, D.J.

On May 22, 2020, Plaintiffs Alaska Department of Revenue, Treasury Division, Alaska Permanent Fund Corporation, and Iron Workers Pension Plan of Western Pennsylvania (collectively "Plaintiffs"), moved for an order providing for notice to the settlement classes and preliminarily approving the plan of allocation. Docs. 645, 646, 647, 648. The Court directs that any Defendant who objects to entry of Plaintiffs' proposed order granting that motion, Doc. 645-1, shall submit any papers in opposition by July 3, 2020, and any reply from Plaintiffs will be due by no later than July 10, 2020.

It is SO ORDERED.

Dated: June 12, 2020
       New York, New York

_____
Edgardo Ramos, U.S.D.J.