

**quinn emanuel** trial lawyers | new york

WRITER'S DIRECT DIAL NO.
**(212) 849-7345**

October 14, 2020

WRITER'S EMAIL ADDRESS
**danbrockett@quinnemanuel.com**

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   *In re SSA Bonds Antitrust Litigation*, No. 1:16 cv 03711 (ER)

Dear Judge Ramos:

Pursuant to paragraph 10 of the Court's Order Providing for Notice to the Settlement Classes and Preliminarily Approving the Plan of Allocation (ECF No. 652), Plaintiffs write to notify the Court that all Settling Defendants have produced the counterparty name and address information necessary to effectuate notice of the settlements in the above-captioned action.

For the Court's convenience, Plaintiffs below set forth the schedule for the remaining key events and submissions relating to the settlements.

- Commencement of mail notice to potential members of the Settlement Classes, and launch of settlement web site:  **October 29, 2020**

- Publication of Summary Notice:  **November 9, 2020**[1]

- Plaintiffs' opening papers in support of final approval and Fee and Expense Application:  **December 28, 2020**

- Last day to mail Requests for Exclusion:  **February 1, 2021**

- Last day to object to Settlements:  **February 1, 2021**

- Plaintiffs' reply papers in support of final approval and Fee and Expense Application:  **February 15, 2021**

- Fairness Hearing:  **April 2, 2021**[2]

---

[1]  Part of the notice plan includes publication in major financial outlets.  Due to lead-time requirements and publication schedules, some advertisements may appear shortly after November 9.  If the Court has any concerns with this, we are open to discuss at the Court's convenience.

[2]  *See* Memo Endorsement Order dated October 2, 2020 (ECF No. 659).

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

- Deadline to submit Claim Forms:  **April 16, 2021**

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel L. Brockett* | */s/ David W. Mitchell* |
| Daniel L. Brockett | David W. Mitchell |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ROBBINS GELLER RUDMAN & DOWD LLP |