UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re SSA BONDS ANTITRUST LITIGATION | Civil Action No. 1:16-cv-03711-ER |
|  | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | CO-LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND SERVICE AWARDS |

PLEASE TAKE NOTICE that counsel for Plaintiffs Alaska Department of Revenue, Treasury Division, Alaska Permanent Fund Corporation, Iron Workers Pension Plan of Western Pennsylvania, and Sheet Metal Workers Pension Plan of Northern California (collectively, "Plaintiffs"), Robbins Geller Rudman & Dowd LLP and Quinn Emanuel Urquhart & Sullivan, LLP, (together, "Co-Lead Counsel"), will move before the Honorable Edgardo Ramos on April 2, 2021, at 11:30 a.m., or at any other time set by the Court, for attorneys' fees, litigation expenses, and service awards. Co-Lead Counsel bring this motion pursuant to Federal Rule of Civil Procedure 23(h).

This motion is based on the accompanying Memorandum of Law; the declarations in support of the Motion; the Stipulation and Agreement of Settlements; any papers filed in reply; and any oral and documentary evidence as may be presented at any hearing of this Motion.

Plaintiffs and Co-Lead Counsel will submit a corresponding [Proposed] Order along with their reply brief.

| | |
|---|---|
| DATED: December 28, 2020 | Respectfully submitted, |

| | |
|---|---|
| QUINN EMANUEL URQUHART<br>  & SULLIVAN LLP<br>DANIEL L. BROCKETT<br>SASCHA N. RAND<br>STEIG D. OLSON<br>THOMAS J. LEPRI | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>DAVID W. MITCHELL<br>BRIAN O'MARA<br>STEVEN M. JODLOWSKI<br>CARMEN A. MEDICI<br>ASHLEY M. KELLY |
| s/Daniel L. Brockett<br>DANIEL L. BROCKETT | s/David W. Mitchell<br>DAVID W. MITCHELL |
| 51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: 212/849-7000<br>212/849-7100 (fax)<br>danbrockett@quinnemanuel.com<br>sascharand@quinnemanuel.com<br>steigolson@quinnemanuel.com<br>thomaslepri@quinnemanuel.com | 655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br>davidm@rgrdlaw.com<br>bomara@rgrdlaw.com<br>sjodlowski@rgrdlaw.com<br>cmedici@rgrdlaw.com<br>akelly@rgrdlaw.com |
| QUINN EMANUEL URQUHART &<br>  SULLIVAN LLP<br>JEREMY D. ANDERSEN<br>ADAM B. WOLFSON<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: 213/443-3000<br>213/443-3100 (fax)<br>jeremyandersen@quinnemanuel.com<br>adamwolfson@quinnemanuel.com | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com |

*Attorneys for Plaintiffs Sheet Metal Workers Pension Plan of Northern California, Iron Workers Pension Plan of Western Pennsylvania, Alaska Department of Revenue, Treasury Division, Alaska Permanent Fund Corporation and the Proposed Class*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 28, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                        s/ DAVID W. MITCHELL
                                        DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: davidm@rgrdlaw.com

# Mailing Information for a Case 1:16-cv-03711-ER In re SSA Bonds Antitrust Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Simon Abraham**
  jabraham@aftlaw.com

- **Richard Franklin Albert**
  ralbert@maglaw.com

- **Jeremy Daniel Andersen**
  jeremyandersen@quinnemanuel.com

- **Anthony Antonelli**
  anthonyantonelli@paulhastings.com,denniscairns@paulhastings.com,ecf-nysd-5103030115368960@inbound.docketalarm.com,rosettakromer@paulhastings.com

- **Peter Anthony Barile , III**
  pbarile@lowey.com,pete@petebarile.com,4166189420@filings.docketbird.com

- **Chad Emerson Bell**
  CBell@KoreinTillery.com

- **Carmine D. Boccuzzi , Jr**
  cboccuzzi@cgsh.com,maofiling@cgsh.com

- **Daniel Lawrence Brockett**
  danbrockett@quinnemanuel.com,dan-brockett-7768@ecf.pacerpro.com

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,hnpotteiger@locklaw.com,lgn-wjbruckner@ecf.courtdrive.com,emsipe@locklaw.com

- **Michael Morris Buchman**
  mbuchman@motleyrice.com

- **John D Buretta**
  jburetta@cravath.com,mao@cravath.com,akempf@cravath.com

- **Christopher M. Burke**
  cburke@scott-scott.com,tturner@scott-scott.com,scott-scott@ecf.courtdrive.com,edewan@scott-scott.com,kanderson@scott-scott.com,efile@scott-scott.com

- **Louis Fox Burke**
  lburke@lfblaw.com

- **Roger Anson Burlingame**
  roger.burlingame@dechert.com,nycmanagingclerks@dechert.com,AutoDocket@dechert.com

- **Nicole L Buseman**
  nbuseman@maglaw.com

- **Stephen Hendrix Oliver Clarke**
  clarkest@sullcrom.com,s&cmanagingclerk@sullcrom.com,stephen-clarke-5566@ecf.pacerpro.com,stephen-clarke-3144@ecf.pacerpro.com

- **Derek A. Cohen**
  dcohen@goodwinprocter.com,ELawson@goodwinlaw.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com,smiller@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Merrill G Davidoff**
  mdavidoff@bm.net,sleo@bm.net

- **Michael C. Dell'Angelo**
  mdellangelo@bm.net,tstires@bm.net

- **Clinton Joseph Dockery**
  clinton.dockery@kobrekim.com

- **Paul Madison Eckles**
  pmeckles@skadden.com

- **Robert Entwisle**
  rentwisle@mayerbrown.com,2594767420@filings.docketbird.com,courtnotification@mayerbrown.com

- **Randall P. Ewing , Jr**
  REwing@KoreinTillery.com,gkaminsky@koreintillery.com

- **Brian Thomas Fitzpatrick**
  brian.fitzpatrick@allenovery.com,courtnotices@allenovery.com,kurt.vellek@allenovery.com

- **Benjamin Andrew Fleming**
  benjamin.fleming@hoganlovells.com,benjamin-fleming-6808@ecf.pacerpro.com, ,nymanagingclerk@hoganlovells.com

- **Frederic Scott Fox , Sr**
  ffox@kaplanfox.com

- **Lisa Jean Fried**
  lisa.fried@hoganlovells.com,lisa-fried-3360@ecf.pacerpro.com,nymanagingclerk@hoganlovells.com

- **Benjamin Galdston**
  bgaldston@bm.net,kmartin@bm.net

- **Lucas E. Gilmore**
  lucasg@hbsslaw.com,sf_filings@hbsslaw.com

- **Adam Selim Hakki**
  ahakki@shearman.com,managing-attorney-5081@ecf.pacerpro.com,Courtalert@shearman.com,manattyoffice@shearman.com,adam-hakki-1816@ecf.pacerpro.com

- **Donald R. Hall , Jr**
  dhall@kaplanfox.com

- **Jason Michael Hall**
  jhall@cahill.com,sramesh@cahill.com,MA@cahill.com

- **William Joseph Harrington**
  wharrington@goodwinlaw.com

- **Christopher Blake Harwood**
  charwood@maglaw.com

- **Clayton Scott Hataway**
  scotthataway@paulhastings.com

- **Atara Hirsch**
  ahirsch@aftlaw.com

- **Benjamin Frederick Holt**
  benjamin.holt@hoganlovells.com,lesley.oneill@hoganlovells.com,DCLITDocketing@hoganlovells.com

- **Adam James Hunt**
  adamhunt@mofo.com,adam-hunt-5325@ecf.pacerpro.com,docketny@mofo.com

- **David George Januszewski**
  djanuszewski@cahill.com,MA@cahill.com

- **Steven M Jodlowski**
  sjodlowski@rgrdlaw.com,mbacci@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **David R. Kaplan**
  dkaplan@saxenawhite.com,e-file@saxenawhite.com,cwallace@saxenawhite.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Jay B. Kasner**
  jkasner@skadden.com

- **Elai E. Katz**
  ekatz@cahill.com,ssingh@cahill.com,itorres@cahill.com,lperlgut@cahill.com,MA@cahill.com,amintz@cahill.com,rsalk@cahill.com,mbrumer@cahill.com,cbordbar@

- **Ashley M Kelly**
  ashleyr@rgrdlaw.com,AKellyRGRD@ecf.courtdrive.com

- **Amanda F. Lawrence**
  alawrence@scott-scott.com,kjager@scott-scott.com

- **Timothy Thomas Leech**
  tleech@cgsh.com

- **Karen Hoffman Lent**
  karen.lent@skadden.com

- **Thomas Lepri**
  thomaslepri@quinnemanuel.com,t-lepri-quinn-emanuel-1327@ecf.pacerpro.com

- **Bradley S. Lui**
  blui@mofo.com,cwoods@mofo.com,tbaum@mofo.com

- **Garima Malhotra**
  garima.malhotra@hoganlovells.com,nymanagingclerk@hoganlovells.com,garima-malhotra-2323@ecf.pacerpro.com

- **Andrew S. Marovitz**
  amarovitz@mayerbrown.com,1441119420@filings.docketbird.com,courtnotification@mayerbrown.com

- **Brandon Marsh**
  brandon.marsh@blbglaw.com

- **Scott Allan Martin**
  smartin@hausfeld.com

- **Matthew Powers McCahill**
  mmccahill@kaplanfox.com

- **David Harrison McGill**
  david.mcgill@kobrekim.com

- **Carmen A. Medici**
  cmedici@rgrdlaw.com

- **Britt Marie Miller**
  courtnotification@mayerbrown.com,bmiller@mayerbrown.com,6535459420@filings.docketbird.com

- **Adam Shawn Mintz**
  amintz@cahill.com,mwheatley@cahill.com,JKoch@cahill.com,MA@cahill.com,Jmacgregor@cahill.com,CCarroll@cahill.com,ITorres@cahill.com,ABenintendi@cal

- **David W. Mitchell**
  davidm@rgrdlaw.com,slandry@rgrdlaw.com

- **Christopher F. Moriarty**
  cmoriarty@motleyrice.com,sturman@sturman.ch

- **Gregory Stephen Morrison**
  gregory.morrison@davispolk.com,ecf.ct.papers@davispolk.com

- **William H. Narwold**
  bnarwold@motleyrice.com,lmclaughlin@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,ashley.lee@blbglaw.com,davidk@blbglaw.com,lisa.napoleon@blbglaw.com,errol.hall@blbglaw.com,jessica.cuccurullo@bl

- **Julie A North**
  jnorth@cravath.com,mao@cravath.com,ckozikowski@cravath.com

- **Walter W. Noss**
  wnoss@scott-scott.com,shackett@scott-scott.com,edewan@scott-scott.com

- **Brian O. O'Mara**
  bomara@rgrdlaw.com

- **Steig Olson**
  steigolson@quinnemanuel.com,steig-olson-9958@ecf.pacerpro.com,calendar@quinnemanuel.com

- **Matthew Joseph Porpora**
  porporam@sullcrom.com,matthew-porpora-7454@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

- **Wesley Railey Powell**
  wpowell@willkie.com,maosdny@willkie.com,khanniford@willkie.com,amendel@willkie.com

- **Sheila Chithran Ramesh**
  sramesh@cahill.com,MA@cahill.com

- **Sascha Nicholas Rand**
  sascharand@quinnemanuel.com,sascha-rand-4409@ecf.pacerpro.com

- **Jeffrey Jason Resetarits**
  jeffrey.resetarits@shearman.com,managing-attorney-5081@ecf.pacerpro.com,jeffrey-resetarits-8550@ecf.pacerpro.com,Courtalert@shearman.com,manattyoffice@shearman.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com,dmstanek@locklaw.com,crjohnson@locklaw.com,amraak@locklaw.com,lgn-khriebel@ecf.courtdrive.com

- **John Roberti**
  john.roberti@allenovery.com,kurt.vellek@allenovery.com

- **Jennifer Marie Rosa**
  jrosa@mayerbrown.com,jmarsala@mayerbrown.com

- **Robert Mark Roseman**
  rroseman@srkattorneys.com

- **Richard Franklin Schwed**
  rschwed@shearman.com,managing-attorney-5081@ecf.pacerpro.com,CourtAlert@Shearman.com,richard-schwed-7375@ecf.pacerpro.com,manattyoffice@shearman.com

- **Christopher Mun-Yin Seck**
  christopherseck@quinnemanuel.com,chrisseck@gmail.com,christopher-seck-1534@ecf.pacerpro.com

- **Barry G. Sher**
  BarrySher@paulhastings.com,denniscairns@paulhastings.com

- **Heidi M. Silton**
  hmsilton@locklaw.com,lgn-hmsilton@ecf.courtdrive.com,dmstanek@locklaw.com

- **Jana Steenholdt**
  jana.steenholdt@allenovery.com

- **Daniel Lawrence Stein**
  dstein@mayerbrown.com,jmarsala@mayerbrown.com

- **Aidan John Synnott**
  asynnott@paulweiss.com,rcorrigan@paulweiss.com,mao_fednational@paulweiss.com

- **John Terzaken**
  john.terzaken@stblaw.com

- **Stephen M. Tillery**
  stillery@koreintillery.com,ldunn@koreintillery.com,leckhardt@koreintillery.com

- **Mitchell M.Z. Twersky**
  mtwersky@aftlaw.com,ahirsch@aftlaw.com

- **Thomas J. Undlin**
  tundlin@robinskaplan.com,bbrtek@robinskaplan.com

- **Jason Aron Uris**
  juris@kaplanfox.com

- **Martha Elena Vega-Gonzalez**
  mvega-gonzalez@cgsh.com

- **Herbert Scott Washer**
  hwasher@cahill.com,MA@cahill.com

- **Alexander John Willscher**
  willschera@sullcrom.com,s&cmanagingclerk@sullcrom.com,alexander-willscher-2484@ecf.pacerpro.com

- **James H.R. Windels**
  james.windels@dpw.com,ecf.ct.papers@davispolk.com

- **Adam Bryan Wolfson**
  adamwolfson@quinnemanuel.com,ecf-ec12fe69f566@ecf.pacerpro.com

- **George A. Zelcs**
  gzelcs@koreintillery.com,ldunn@koreintillery.com,leckhardt@koreintillery.com,gkaminsky@koreintillery.com,mbannester@koreintillery.com,dhutton@koreintillery.c

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Irving Firemen's Relief and Retirement Fund
,
```