

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

January 20, 2022

BY ECF AND OVERNIGHT MAIL

Garrett J. Bradley
Thornton & Naumes, LLP
100 Summer Street
Boston, MA 02110

Gregory Scott Asciolla
Labaton & Sucharow LLP (NYC)
140 Broadway
New York, NY 10005

Ashley M Kelly
Robbins Geller Rudman & Dowd LLP
655 West Broadway Suite 1900
San Diego, CA 92101

Benjamin Galdston
Omnum Law APC
9333 Genesee Avenue, Suite 110
San Diego, CA 92121

Adam Bryan Wolfson
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street
Los Angeles, CA 90017

Heidi M. Silton
Lockridge, Grindal, Nauen P.L.L.P.
100 Washington Ave. S, Ste 2200
Mpls, MN 55401-2179

Amanda F. Lawrence
Scott & Scott, LLC(CT)
156 South Main Street
P.O.Box 192
Colchester, CT 06415

Merrill G Davidoff
Berger & Montague PC (PA)
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Stephen M. Tillery
Korein Tillery, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101

Michael Morris Buchman
Motley Rice LLC
777 Third Avenue, Ste 27th Floor
New York, NY 10017

Donald R. Hall , Jr
Kaplan Fox & Kilsheimer LLP (NYC)
850 Third Avenue, 14th Floor
New York, NY 10022

Atara Hirsch
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119

Adam Selim Hakki
Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022

Lisa Jean Fried
Hogan Lovells US LLP (NYC)
390 Madison Ave.
New York, NY 10017

Adam Shawn Mintz
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

John Terzaken
Simpson Thacher & Bartlett LLP (DC)
900 G Street, NW
Washington, DC 20001

John D Buretta
Cravath, Swaine & Moore, LLP
825 Eighth Ave.
New York, NY 10019

Wesley Railey Powell
Willkie Farr & Gallagher LLP (NY)
787 Seventh Avenue
New York, NY 10019

David Harrison McGill
Kobre & Kim LLP
800 Third Avenue, 6th Floor
New York, NY 10022

Judith Leonore Mogul
Morvillo, Abramowitz, Grand, Iason, & Anello P.C.
565 5th Avenue
New York, NY 10017

Derek A Cohen
Walden Macht & Haran
1500 Market Street
12th Flr, East Tower
Philadelphia, PA 10018-1405

Jay B. Kasner
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602

Carmine D. Boccuzzi , Jr
Cleary Gottlieb
One Liberty Plaza
New York, NY 10006

Daniel Lawrence Stein
Mayer Brown LLP (NY)
1221 Avenue of the Americas, 14th Floor
New York, NY 10020-1001

Aidan John Synnott
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019

Alexander John Willscher
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004

James H.R. Windels
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017

Adam James Hunt
Morrison & Foerster LLP (NYC)
250 West 55th Street
New York, NY 10019

Anthony Antonelli
Paul Hastings LLP
200 Park Ave.
New York, NY 10166

Re: 1:16-cv-03711-ER, In re SSA Bonds Antitrust Litigation

Dear Counsel,

I have been contacted by Judge Edgardo Ramos who presided over the above-mentioned case.

Judge Ramos informed me that it has been brought to his attention that well after the case was filed but while he still presided over the case, he owned stock in Citigroup, the parent company of Citigroup Global Markets and Citibank, N.A. and Credit Suisse. His ownership of stock neither affected nor impacted his decisions in this case. However, his stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Judge Ramos directed that I notify the parties of the potential conflict.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

[A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplated disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar considerations would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

If you wish to respond to the disclosure of a potential conflict in this matter, please file your response in the above-named case. Any response will be considered by another judge of this court without the participation of Judge Ramos.

Sincerely,

Ruby J. Krajick
Clerk of Court

cc: Hon. Edgardo Ramos, U.S.D.J.