UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re SSA Bonds Antitrust Litigation | No. 1:16-CV-03711-VEC |

**NOTICE OF MOTION OF TIMOTHY THOMAS LEECH TO
WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Declaration, Timothy Thomas Leech will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a day and time to be determined by the Court, pursuant to this Court's Local Civil Rule 1.4, for leave to withdraw as counsel for Defendants.

PLEASE TAKE FURTHER NOTICE that other attorneys at Cleary Gottlieb Steen & Hamilton LLP will continue to be counsel of record for Defendants in this action.

Dated:  March 30, 2022
        New York, New York

Respectfully submitted,

*/s/ Timothy Thomas Leech*
Timothy Thomas Leech
tleech@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999

*Attorney for Defendants BNP Paribas and BNP Paribas Securities Corp.*