UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

In re SSA Bonds Litigation               Case No. 1:16-cv-03711-VEC
                         Plaintiff,

-against-

Defendant.
--------------------------------------------------------
NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

David H. McGill
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DM5632          My State Bar Number is 4313490

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Kobre & Kim LLP
            FIRM ADDRESS: 800 Third Avenue, New York, NY 10022
            FIRM TELEPHONE NUMBER: 212-488-1214
            FIRM FAX NUMBER:

NEW FIRM:   FIRM NAME: Orrick, Herrington & Sutcliffe LLP
            FIRM ADDRESS: 1152 15th Street NW, Washington DC 20005
            FIRM TELEPHONE NUMBER: 202-339-8400
            FIRM FAX NUMBER: 202-339-8500

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 07/18/2022                        /s/ David H. McGill
                                         _____
                                         ATTORNEY'S SIGNATURE