<u>Via ECF</u>

April 17, 2023

The Hon. Valerie E. Caproni
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RE:   <u>In re SSA Bonds Antitrust Litig.</u>, No 16-cv-3711-VEC (S.D.N.Y)

Dear Judge Caproni:

We write jointly on behalf of McKenna Leavens, Lindsey Choo, and Babette Stolk (collectively, "Movants") and the undersigned defendants in regards to Movants' motion filed on March 24, 2023 to unseal the operative complaint in the above-captioned action (Dkt. No. 714). Movants and the undersigned defendants jointly submit this letter to notify the Court that we are working together and hope to reach an amicable resolution in connection with Movants' motion. We request that the Court permit the parties to submit a status report by May 1, 2023. We will notify the Court in the event that we cannot reach agreement before then and require the Court's intervention. Plaintiffs do not oppose this request.

Respectfully Submitted,

| | |
|---|---|
| /s/ McKenna Leavens (on consent)[1] | /s/ Jeffrey J. Resetarits |
| McKenna Leavens | Adam S. Hakki |
| (520) 468-8189 | Richard F. Schwed |
| mnl2139@columbia.edu | Jeffrey J. Resetarits |
| | SHEARMAN & STERLING LLP |
| /s/ Lindsey Choo (on consent) | 599 Lexington Avenue |
| Lindsey Choo | New York, NY 10022 |
| (949) 910-1805 | (212) 848-4000 |
| l.choo@columbia.edu | ahakki@shearman.com |
| | rschwed@shearman.com |
| /s/ Babette Stolk (on consent) | jeffrey.resetarits@shearman.com |
| Babette Stolk | |
| (929) 786-1546 | *Attorneys for Defendants Bank of America* |
| bhs2147@columbia.edu | *Corporation; Bank of America, N.A.; Merrill Lynch International Limited; and Merrill Lynch, Pierce, Fenner & Smith Incorporated* |

---

[1] Electronic signatures provided with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

April 17, 2023

   /s/ John Terzaken (on consent)
John Terzaken
SIMPSON THACHER & BARTLEET LLP
900 G Street NW
Washington, DC 20001
(202) 636-5858
john.terzaken@stblaw.com

*Attorneys for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.*

 /s/ Carmine D. Bocuzzi Jr. (on consent)
Carmine D. Bocuzzi Jr.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2508
cboccuzzi@cgsh.com

*Attorneys for Defendants BNP Paribas and BNP Paribas Securities Corp.*

 /s/ Karen M. Lent (on consent)
Jay B. Kasner
Karen M. Lent
SKADDEN ARPS SLATE MEAGHER & FLOM
   LLP
One Manhattan West
New York, NY 10001
(212) 735-3000
jay.kasner@skadden.com
karen.lent@skadden.com

*Attorneys for Defendants Citigroup Inc.; Citibank, N.A.; Citigroup Global Markets Inc.; and Citigroup Global Markets Limited*

 /s/ Lisa J. Fried (on consent)
Lisa J. Fried
HERBERT SMITH FREEHILLS LLP
450 Lexington Avenue
New York, NY 10017
(917) 542-7600
lisa.fried@hsf.com

April 17, 2023

*Attorneys for Defendant Crédit Agricole Corporate and Investment Bank*

 /s/ David G. Januszewski (on consent)
Herbert S. Washer
David G. Januszewski
Elai Katz
Sheila C. Ramesh
Adam S. Mintz
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000
hwasher@cahill.com
djanuszewski@cahill.com
ekatz@cahill.com
sramesh@cahill.com
amintz@cahill.com

*Attorneys for Defendants Credit Suisse AG; Credit Suisse Securities (USA) LLC; Credit Suisse Securities (Europe) Ltd.; and Credit Suisse International*

 /s/ John D. Buretta (on consent)
John D. Buretta
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
jburetta@cravath.com

*Attorneys for Defendant Nomura International plc*

 /s/ Aidan Synnott (on consent)
Aidan Synnott
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3213
asynnott@paulweiss.com

*Attorneys for Defendant Nomura Securities International, Inc.*

April 17, 2023

    /s/ Matthew J. Porpora (on consent)
Alexander J. Willscher
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-4000
willschera@sullcrom.com
porporam@sullcrom.com

*Attorneys for Defendants Royal Bank of Canada; RBC Capital Markets, LLC; and RBC Europe Limited*

    /s/ Paul S. Mishkin (on consent)
Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
paul.mishkin@davispolk.com

*Attorneys for Defendants The Toronto-Dominion Bank and TD Securities (USA) LLC*

    /s/ Kevin P. Broughel (on consent)
Barry G. Sher
Kevin P. Broughel
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000
barrysher@paulhastings.com
kevinbroughel@paulhastings.com

*Attorneys for Defendants Barclays Bank PLC; Barclays Capital Inc.; Barclays Services Limited; and Barclays Capital Securities Limited*

    /s/ Robert E. Entwisle (on consent)
Andrew S. Marovitz
Britt M. Miller
Robert E. Entwisle
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 782-0600

April 17, 2023

amarovitz@mayerbrown.com
bmiller@mayerbrown.com
rentwisle@mayerbrown.com

*Attorneys for Defendants HSBC Bank plc and HSBC Securities (USA) Inc.*

 /s/ Wesley R. Powell (on consent)
Wesley R. Powell
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8264
wpowell@willkie.com

*Attorneys for Defendant Hiren Gudka*

 /s/ David McGill (on consent)
David McGill
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street NW
Washington, DC 20005
(202) 339-8400
dmcgill@orrick.com

*Attorneys for Defendant Amandeep Singh Manku*

 /s/ Derek A. Cohen (on consent)
Derek A. Cohen
WALDEN MACHT & HARAN LLP
250 Vesey Street, 27th Floor
New York, NY 10281
(212) 335-2049
derek.cohen@wmhlaw.com

*Attorneys for Bhardeep Singh Heer*

/s/ Richard F. Albert (on consent)
Richard F. Albert
Christopher B. Harwood
MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, NY 10017
(212) 856-9600

April 17, 2023

        ralbert@maglaw.com
        charwood@maglaw.com

*Attorneys for Defendant Shailen Pau*

/s/ Adam J. Hunt (on consent)
Adam J. Hunt
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
(212) 468-8000
adamhunt@mofo.com

Bradley S. Lui
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
(202) 887-8766
blui@mofo.com

*Attorneys for Defendant Gary McDonald*

cc:    All Counsel of Record (*via ECF*)